**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **942 Penn RR, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2874262** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **942 Pennslyvania Avenue**<br>**Miami Beach, FL 33139**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **942 Penn RR, LLC**                                                        Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **942 Penn RR, LLC**                                          Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

| Debtor District | **See Attachment** | When | Relationship |
|---|---|---|---|
| | | | Case number, if known |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **942 Penn RR, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2022**
MM / DD / YYYY

**X** **/s/ Raziel Ofer**                                                                  **Raziel Ofer**
Signature of authorized representative of debtor                        Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ Mark S. Roher**                                           Date    **May 23, 2022**
Signature of attorney for debtor                                                MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Road**
**Suite 300**
**Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone    **(954) 353-2200**          Email address    **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

Debtor    **942 Penn RR, LLC**                                      Case number (*if known*) _____
Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **DRO 15R LLC** | | | Relationship to you | **common ownership - Raziel Ofer** |
| District | **Suuthern District of Florida** | When | **3/14/22** | Case number, if known | **22-12017-LMI** |
| Debtor | **DRO 15R LLC** | | | Relationship to you | **common ownership - Raziel Ofer** |
| District | **Southern District of Florida** | When | **3/03/22** | Case number, if known | **22-11755-RAM** |

**Fill in this information to identify the case:**

Debtor name    **942 Penn RR, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2022**            *X* **/s/ Raziel Ofer**
                                          Signature of individual signing on behalf of debtor

                                          **Raziel Ofer**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **942 Penn RR, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DOT Construction 9311 SW 52nd Terrace Miami, FL 33165** | | **Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE** | **Disputed** | **Unknown** | **$1,617,630.00** | **Unknown** |
| **Florida Fair Housing Alliance, Inc. c/o The Law Offices of Jibrael S Hindi 110 SE 6th Street, Suite 1744 Fort Lauderdale, FL 33301** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **G. Proulx, LLC c/o Minerly Frein, P.A. 1200 N. Federal Highway, Suite 420 Boca Raton, FL 33432** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **942 Penn RR, LLC** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Great Waste & Recycling Service LLC 3051 NW 129th St. Opa Locka, FL 33054** | | **Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE** | **Disputed** | **$2,973.00** | **$1,617,630.00** | **$2,973.00** |
| **Immokalee Real Estate Holdings LLC c/o Sordo & Associates, P.A. 3006 Aviation Avenue, Suite 2A Coconut Grove, FL 33133** | | **Attorneys' Fees and expert witness fee as per May 17, 2022 Supplemental Order for Attorneys' Fees in Case No. 2017-026820-CA-0 1** | | | | **$290,756.00** |
| **Immokalee Real Estate Holdings, LLC c/o Sordo & Associates, P.A. 3006 Aviation Ave Suite 2A Coconut Grove, FL 33131-1000** | | **Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE** | **Disputed** | **Unknown** | **$1,617,630.00** | **Unknown** |
| **Marjam Supply of Florida, LLC c/o Malka & Kravitz, P.A. 1300 Sawgrass Corporate Parkway Suite 100 Fort Lauderdale, FL 33323** | | | **Contingent Unliquidated Disputed** | | | **$47,388.77** |
| **Steven D. Pals, Jr. c/o Graham Legal, P.A. Ponce Plaza, Suite 410 814 once de Leon Blvd. Coral Gables, FL 33134** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **942 Penn RR, LLC**                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Sherwin-Williams Company 2800 Century Parkway, NE Suite 1000 Atlanta, GA 30345** | | **Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE** | **Disputed** | **$13,423.63** | **$1,617,630.00** | **$13,423.63** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **942 Penn RR, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $      1,617,630.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $      0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................    $      1,617,630.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      26,841,396.63

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      338,144.77

4.  **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b      $      27,179,541.40

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **942 Penn RR, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **942 Penn RR, LLC**                              Case number *(If known)*
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA.** **a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840** | **Fee simple** | **$0.00** | **Tax records** | **$1,617,630.00** |

56.    **Total of Part 9.**                                                                              | **$1,617,630.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

Debtor    **942 Penn RR, LLC**                                    Case number *(If known)* _____
          Name

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **942 Penn RR, LLC**                                      Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $1,617,630.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $1,617,630.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,617,630.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **942 Penn RR, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  1250916 Ontario Limited**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED**<br>**IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA.** | $800,000.00 | $1,617,630.00 |

**c/o Salpeter Gitkin, LLP<br>3864 Sheridan Street<br>Hollywood, FL 33021**
Creditor's mailing address

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 1250916 Ontario Limited**
**2. Creative Directions, Inc.**
**3. Mortgage Holdings 2018, LLC**
**4. DOT Construction**
**5. The Sherwin-Williams Company**
**6. Great Waste & Recycling Service LLC**
**7. Immokalee Real Estate Holdings, LLC**
**8. Mortgage Holdings 2018, LLC**

| 2.2   **Creative Directions, Inc.** | Describe debtor's property that is subject to a lien | $8,675,000.00 | $1,617,630.00 |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **942 Penn RR, LLC**
           Name                                                Case number *(if known)*

---

Creditor's Name

Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED
IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA.

**c/o Raziel Ofer**
**942 Pennsylvania Ave.**
**Miami Beach, FL 33139**

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**

Creditor's mailing address

Describe the lien
**Corrective Claim of Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**
**5/16/2022 connected to NOC dated 2/25/2015 OR Book 29513 Page 3371**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | Unknown | $1,617,630.00 |
|---|---|---|---|---|

**2.3** | **DOT Construction**

Creditor's Name

Describe debtor's property that is subject to a lien
Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED
IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA.

**9311 SW 52nd Terrace**
**Miami, FL 33165**

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**

Creditor's mailing address

Describe the lien
**Amended Notice of Commencement 9/9/2020**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**
**9/9/2020**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.4** | **Great Waste & Recycling Service LLC** | Describe debtor's property that is subject to a lien | $2,973.00 | $1,617,630.00 |

---

Debtor    **942 Penn RR, LLC**                                                    Case number (if known) _____
          Name

| Creditor's Name | Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA. |

**3051 NW 129th St.
Opa Locka, FL 33054**

*a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840*

Creditor's mailing address

**Describe the lien**
**Claim of Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**12/13/2017**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Immokalee Real Estate Holdings, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,617,630.00** |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Sordo & Associates, P.A.
3006 Aviation Ave
Suite 2A
Coconut Grove, FL 33131-1000**

Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA.

*a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840*

Creditor's mailing address

**Describe the lien**
**Notice of Lis Pendens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/9/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Mortgage Holdings 2018, LLC** | Describe debtor's property that is subject to a lien | **$8,675,000.00** | **$1,617,630.00** |
|-----|-----|-----|-----|-----|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **942 Penn RR, LLC**
_____
Name                                            Case number (if known) _____

| | |
|---|---|
| Creditor's Name | Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA. |

**c/o David Winker, Esq.**
**4720 S. Le Jeune Rd.**
**Coral Gables, FL 33146**
_____
Creditor's mailing address

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**
_____

**Describe the lien**
**Corrective Claim of Lien**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

_____
Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/5/2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Mortgage Holdings 2018, LLC** | Describe debtor's property that is subject to a lien | $8,675,000.00 | $1,617,630.00 |
|---|---|---|---|---|
| | Creditor's Name | Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA. | | |

**c/o David Winker, Esq.**
**4720 S. Le Jeune Rd.**
**Coral Gables, FL 33146**
_____
Creditor's mailing address

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**
_____

**Describe the lien**
**Claim of Lien**
_____
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

_____
Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2/2020**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **The Sherwin-Williams Company** | Describe debtor's property that is subject to a lien | $13,423.63 | $1,617,630.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | 942 Penn RR, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Lot 3, Block 44, OF OCEAN BEACH ADDITION NO.3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGE 81, OF THE PUBLIC RECORS OF MIAMI-DADE COUNTY, FLORIDA. |
|---|---|

**2800 Century Parkway, NE Suite 1000 Atlanta, GA 30345**

Creditor's mailing address

**a/k/a 942 pennsyhvania Avenue,  Miami Beach, FL 33139-0840**

Describe the lien
**Claim of Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/6/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$26,841,396.63** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cary A. Lubetsky, Esq. 800 Brickell Ave., Suite 1501 Miami, FL 33131** | Line  **2.1** | |
| **Creative Directions, Inc. c/o Robert Mendez 3701 De Garmo Lane Miami, FL 33133** | Line  **2.2** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**942 Penn RR, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**1250916 Ontario Limited**<br>**c/o Salpeter Gitkin, LLP**<br>**3864 Sheridan Street**<br>**Hollywood, FL 33021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Florida Fair Housing Alliance, Inc.**<br>**c/o The Law Offices of Jibrael S Hindi**<br>**110 SE 6th Street, Suite 1744**<br>**Fort Lauderdale, FL 33301**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**G. Proulx, LLC**<br>**c/o Minerly Frein, P.A.**<br>**1200 N. Federal Highway, Suite 420**<br>**Boca Raton, FL 33432**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Immokalee Real Estate Holdings LLC**<br>**c/o Sordo & Associates, P.A.**<br>**3006 Aviation Avenue, Suite 2A**<br>**Coconut Grove, FL 33133**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Attorneys' Fees and expert witness fee as per May 17, 2022 Supplemental Order for Attorneys' Fees in Case No. 2017-026820-CA-01**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $290,756.00 |

| Debtor | **942 Penn RR, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,388.77** |
|---|---|---|---|

**Marjam Supply of Florida, LLC**
**c/o Malka & Kravitz, P.A.**
**1300 Sawgrass Corporate Parkway**
**Suite 100**
**Fort Lauderdale, FL 33323**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven D. Pals, Jr.**
**c/o Graham Legal, P.A.**
**Ponce Plaza, Suite 410**
**814 once de Leon Blvd.**
**Coral Gables, FL 33134**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **338,144.77** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **338,144.77** |

---

**Fill in this information to identify the case:**

Debtor name    **942 Penn RR, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **942 Penn RR, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1250916 Ontario Limited** | **c/o Eric Salpeter, Esq. Salpeter Gitkin, LLP 3864 Sheridan St. Hollywood, FL 33021** | **Immokalee Real Estate Holdings LLC** | ☐ D _____ <br> ■ E/F _**3.4**_ <br> ☐ G _____ |
| 2.2 | **1250916 Ontario Limited** | **Cary A. Lubetsky, Esq. 800 Brickell Avenue, Suite 1501 Miami, FL 33131** | **Immokalee Real Estate Holdings LLC** | ☐ D _____ <br> ■ E/F _**3.4**_ <br> ☐ G _____ |
| 2.3 | **942 Pennsylvannia Holdings, LLC** | **c/o David Winker, Esq. 4270 S. LeJeune Road Coral Gables, FL 33146** | **G. Proulx, LLC** | ☐ D _____ <br> ■ E/F _**3.3**_ <br> ☐ G _____ |
| 2.4 | **J.E. Bley Overseas Trade South Florida** | **c/oDavid Winker, Esq. 4720 S. Le Jeune Rd. Coral Gables, FL 33146** | **Immokalee Real Estate Holdings LLC** | ☐ D _____ <br> ■ E/F _**3.4**_ <br> ☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **942 Penn RR, LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| 2.5 | **Mortgage Holdings 2018 LLC** | c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | **1250916 Ontario Limited** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Raz Ofer** | c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | **1250916 Ontario Limited** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Robert Mendez** | c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | **1250916 Ontario Limited** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Southern District of Florida

In re    **942 Penn RR, LLC** _____  Case No. _____
                                          Debtor(s)                Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Raziel Ofer**<br>**3701 De Garmo Lane**<br>**Miami, FL 33133** | | **50%** | **Membership Interests** |
| **Robert Mendez**<br>**3701 De Garmo Lane**<br>**Miami, FL 33133** | | **50%** | **Membership interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 23, 2022** _____     Signature   **/s/ Raziel Ofer** _____
                                                                                            **Raziel Ofer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re   __942 Penn RR, LLC__ _____     Case No. _____

                                         Debtor(s)              Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   __May 23, 2022__ _____        **/s/ Raziel Ofer** _____
                                                **Raziel Ofer/Manager**
                                                Signer/Title

```
1250916 Ontario Limited
c/o Salpeter Gitkin, LLP
3864 Sheridan Street
Hollywood, FL 33021


1250916 Ontario Limited
c/o Eric Salpeter, Esq.
Salpeter Gitkin, LLP
3864 Sheridan St.
Hollywood, FL 33021


1250916 Ontario Limited
Cary A. Lubetsky, Esq.
800 Brickell Avenue, Suite 1501
Miami, FL 33131


942 Pennsylvannia Holdings, LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146


Cary A. Lubetsky, Esq.
800 Brickell Ave., Suite 1501
Miami, FL 33131


Creative Directions, Inc.
c/o Raziel Ofer
942 Pennsylvania Ave.
Miami Beach, FL 33139


Creative Directions, Inc.
c/o Robert Mendez
3701 De Garmo Lane
Miami, FL 33133


DOT Construction
9311 SW 52nd Terrace
Miami, FL 33165


Florida Fair Housing Alliance, Inc.
c/o The Law Offices of Jibrael S Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
```

```
G. Proulx, LLC
c/o Minerly Frein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432


Great Waste & Recycling Service LLC
3051 NW 129th St.
Opa Locka, FL 33054


Immokalee Real Estate Holdings LLC
c/o Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, FL 33133


Immokalee Real Estate Holdings, LLC
c/o Sordo & Associates, P.A.
3006 Aviation Ave
Suite 2A
Coconut Grove, FL 33131-1000


J.E. Bley Overseas Trade South Florida
c/oDavid Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146


Marjam Supply of Florida, LLC
c/o Malka & Kravitz, P.A.
1300 Sawgrass Corporate Parkway
Suite 100
Fort Lauderdale, FL 33323


Mortgage Holdings 2018 LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146


Mortgage Holdings 2018, LLC
c/o David Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146


Raz Ofer
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146
```

Robert Mendez
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146


Steven D. Pals, Jr.
c/o Graham Legal, P.A.
Ponce Plaza, Suite 410
814 once de Leon Blvd.
Coral Gables, FL 33134


The Sherwin-Williams Company
2800 Century Parkway, NE
Suite 1000
Atlanta, GA 30345