**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

942 PENN RR, LLC,

    Debtor.

_____/

Case No.  22-14038-LMI

Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession 942 PENN RR, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  **May 23, 2022**

2. Names, case numbers and dates of filing of related debtors: **DRO 15R LLC, Case No. 22-1154-LMI.  Raziel Ofer is the 50% owner of DRO 15R LLC and is also the 50% owner of the Debtor.**

3. Description of debtor's business:  **Ownership and management of the real property located at 942 Pennsylvania Ave., Miami Beach, FL 33139.**

4. Locations of debtor's operations and whether the business premises are leased or owned:  **942 Pennsylvania Ave., Miami Beach, FL 33139 (the "Miami Beach Property").**

5. Reasons for filing chapter 11:  **Multiple simultaneous foreclosure lawsuits involving the Miami Beach Property.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    **Raziel Ofer, Manager.  $0.00 salary and no benefits at the time of the filing and during the 1 year prior to filing.**

    **Robert Mendez, Manager.  $0.00 salary and no benefits at the time of the filing and during the 1 year prior to filing.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   **To be supplemented**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **$32,190.35 owed to Miami-Dade Tax Collector for 2021 Real Estate Property Taxes.**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims,

   > **1250916 Ontario Limited claims to hold a mortgage on the Miami Beach Property in the disputed amount of $800,000.00.**

   > **Creative Directions, Inc. asserts a first-priority lien on the Miami Beach Property in the amount of $8,675,000.00.**

   > **Marjam Supply of Florida, LLC claims a lien on the Miami Beach Property in the amount of $38,304.77.**

   > **G. Proulx, LLC claims a lien on the Miami Beach Property in the amount of $77,399.87.**

   c. Amount of unsecured claims: **$338,144.77.**

9. General description and approximate value of the debtor's assets:

   **Ownership and short terms rental of units at Miami Beach Property.**

   **The Miami-Dade County Property Appraiser values the Miami Beach Property at $1,617,630.00.**

2

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **See attached.**

    **Debtor is in the process of binding windstorm and flood insurance.**

11. Number of employees and amounts of wages owed as of petition date: **None**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **N/A**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **Authority to Use of Cash Collateral (Assignment of Leases of Rents Between Debtor and 1250916 Ontario Limited Recorded on 11/02/2017 in Book 30742 Page 2897 of the Miami-Dade Public Records).**

DocuSigned by:
*Raziel Ofer*
80A71682DAFA42E...
**Raziel Ofer, Manager**

3

Dated this 26th day of May, 2022.

         **LAW OFFICE OF MARK S. ROHER, P.A.**
         *Proposed Counsel for Debtor*
         1806 N. Flamingo Road, Suite 300
         Pembroke Pines, Florida 33028
         Email:  mroher@markroherlaw.com
         Telephone:  (954) 353-2200

        By: */s/ Mark S. Roher*
          Mark S. Roher
          Florida Bar No. 178098

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2022, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

         */s/ Mark S. Roher*
         Mark S. Roher


Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com