UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                    Case No.: 22-14038-RAM

942 PENN RR, LLC

                                                                                            Chapter 11

      Debtor.
_____/

## NOTICE OF JOINDER OF MOTION AND OBJECTION

      Creditor, G. Proulx, LLC ("G. Proulx"), hereby gives notice of joining the Motion for Appointment of Chapter 11 Trustee and Objection to Debtor's Motion for Voluntary Dismissal of Chapter 11 Case [D.E. 38] filed by Creditor 1250916 Ontario Limited. G. Proulx files this Notice as a secured creditor of Debtor through its construction lien and as assignee of Trebor USA Corp.'s construction lien on Debtor's real property, contrary to the listing of G. Proulx as an unsecured creditor in the Bankruptcy Petition in this case [D.E. 1]. G. Proulx is seeking to foreclose the construction liens in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida in Case No. 2018-038233-CA-01.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served as follows: based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the document appeared on the court docket, to the parties registered to receive Notices of Electronic Filing in this case, and (b) by First Class Mail on June 7, 2022 as indicated on the attached Service List.

                                        **MINERLEY FEIN, P.A.**
                                        *Attorneys for G. Proulx, LLC*
                                        1200 N. Federal Highway, Suite 420
                                        Boca Raton, FL  33432
                                        Phone: 561/362-6699
                                        Fax:    561/447-9884

                                        By: s/Kenneth L. Minerley
                                              Kenneth L. Minerley

                Fla. Bar No. 0521840
                ken@minerleyfein.com

## SERVICE LIST
### Case Nos.: 22-14038-LMI
### United States Bankruptcy Court, Southern District of Florida

a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Dan L Gold    Dan.L.Gold@usdoj.gov
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com; mfern andez@stearnsweaver.com

b)
The following parties were served via First Class Mail:

1250916 Ontario Limited
c/o Salpeter Gitkin, LLP
3864 Sheridan Street
Hollywood, FL 33021

1250916 Ontario Limited
c/o Eric Salpeter, Esq.
Salpeter Gitkin, LLP
3864 Sheridan St.
Hollywood, FL 33021

1250916 Ontario Limited
Cary A. Lubetsky, Esq.
800 Brickell Avenue, Suite 1501
Miami, FL 33131

942 Pennsylvannia Holdings, LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Cary A. Lubetsky, Esq.
800 Brickell Ave., Suite 1501
Miami, FL 33131

Creative Directions, Inc.
c/o Raziel Ofer
942 Pennsylvania Ave.
Miami Beach, FL 33139

Creative Directions, Inc.
c/o Robert Mendez
3701 De Garmo Lane
Miami, FL 33133

DOT Construction
9311 SW 52nd Terrace
Miami, FL 33165

Florida Fair Housing Alliance, Inc.
c/o The Law Offices of Jibrael S Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301

Great Waste & Recycling Service LLC
3051 NW 129th St.
Opa Locka, FL 33054

Immokalee Real Estate Holdings LLC
c/o Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, FL 33133

Immokalee Real Estate Holdings, LLC
c/o Sordo & Associates, P.A.
3006 Aviation Ave
Suite 2A
Coconut Grove, FL 33131-1000

J.E. Bley Overseas Trade
South Florida
c/oDavid Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146

Marjam Supply of Florida, LLC
c/o Malka & Kravitz, P.A.
1300 Sawgrass Corporate Parkway
Suite 100
Fort Lauderdale, FL 33323

Mortgage Holdings 2018 LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Mortgage Holdings 2018, LLC
c/o David Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146

Raz Ofer
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Robert Mendez
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Steven D. Pals, Jr.
c/o Graham Legal, P.A.
Ponce Plaza, Suite 410
814 Ponce de Leon Blvd.
Coral Gables, FL 33134

The Sherwin-Williams Company
2800 Century Parkway, NE
Suite 1000
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101-7346