UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  Case No. 22-14038-LMI

942 PENN RR, LLC.  Chapter 11

      Debtor.
_____/

**CHAPTER 11 TRUSTEE, BARRY E. MUKAMAL'S MOTION FOR
ALLOWANCE PAYMENT OF ADMINISTRATIVE EXPENSES FOR WAGES AND
SALARIES TO INSIDERS EFFECTIVE AS OF JUNE 27, 2022**

Barry E. Mukamal, as Chapter 11 Trustee of the bankruptcy estate 942 Penn RR, LLC (the "Trustee"), through the undersigned proposed counsel, hereby files his Motion for Allowance and Payment of Administrative Expenses for Wages and Salaries to Insiders Effective as of June 27, 2022 (the "Motion"), and in support states the following:

**JURISDICTION**

1. This Court has jurisdiction to hear this Motion pursuant to 28 U.S.C. § 1334.

2. This is a core proceeding arising under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et. seq.* (the "Bankruptcy Code") that this Court has the authority to hear and determine pursuant to 28 U.S.C. § 157.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. The statutory predicate for this Motion is 11 U.S.C. § 503(b)(1)(A)(i).

**BACKGROUND**

5. On May 23, 2022 (the "Petition Date"), 942 Penn RR, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), commencing the instant case.

6. Subsequently, a motion to appoint trustee was filed, and on June 16, 2022, was granted. (*See*, ECF Nos. 37, 63, 72). Thereafter, on June 27, 2022 (the "Appointment Date"), the Trustee was appointed as Chapter 11 trustee of the Debtor's bankruptcy estate (ECF No. 95).

7. The Debtor is a Florida corporation that holds record title to the real property located at 942 Pennsylvania Ave., Miami Beach, FL (the "Real Property"), comprised of approximately 30 one- and two-bedroom units (the "Units") located therein. The Debtor's primary business involves renting the Units as mostly short-term, furnished vacation housing units through third party websites such as Booking.com and VRBO.

8. At the time of the Trustee's appointment, the Debtor was maintaining operations, which included activities typical of an apartment hotel or short-term furnished rental, including booking, registration and check out of guests, cleaning, laundry, and general facility maintenance.

9. While the Trustee is still in the preliminary stages of his investigation, based on the information he has obtained to date and in the sound exercise of his business judgment, he believes that continuing the operations of the Debtor, is in the best interests of this Estate and its creditors, at least in the short term, and is likely to preserve the value of the Debtor's estate. In order to maintain these operations, the Trustee has determined that it is in the best interest of the estate to continue the employment of Robert Mendez, one of the Debtor's principals, as well as certain of his family members who were providing services to the Debtor pre-petition.

**RELIEF REQUESTED**

10. The Bankruptcy Code permits the Trustee to file a request for payment of administrative expenses for the actual, necessary costs and expenses of preserving the estate, including "wages, salaries, and commissions for services rendered after the commencement of the case." 11 U.S.C. § 503(b)(1)(A)(i).

11. Post-appointment, the Trustee has continued the employment of the following individuals at these initial salary levels:

| Name | Position | Weekly hours | Salary | Annual |
|---|---|---|---|---|
| Robert Mendez | Management & Maintenance | Lives on premises | $5,000 monthly | $60,000 |
| Taylor Mendez | Clerical: Front Desk & Reservations (Day) | 37.5 | $1,000 weekly | $52,000 |
| Zuriel Nisset | Clerical: Front Desk & Reservations (Night) | 37.5 | $1,000 weekly | $52,000 |
| Chloe Mendez | Clerical: Front Desk & Reservations (Weekend) | 16 | $400 weekly | $20,800 |

12. The Trustee asserts that the services of these employees, at the above-referenced amounts, are in the best interests of this Estate, and necessary to operate the Debtor's business and to preserve the assets of the Estate because for a variety of factors, including: the costs associated with retaining and paying a third-party management company and hiring outside employees to perform the functions of the above-referenced insiders, and the insiders' familiarity with the Debtor's operations and the oversight and safeguards put in place by the Trustee to ensure complete transparency.  The employment will be on a strictly "at-will" basis, which the Trustee has carefully explained to the proposed employees, and the Trustee reserves the absolute right to terminate the services of any and all of the above-referenced proposed employees at any time and for any reason, based on the sound exercise of his business judgment.

13. The salaries provided herein are initial salaries.  The Trustee reserves the absolute right to review and adjust salaries to ensure they are commensurate with the work performed and value provided to the Estate.  Additionally, the Trustee will be using an employee leasing agency or a third-party payroll service provider in order to pay and process the above-referenced wages and ensure that all legally necessary tax deductions are made and remitted to the appropriate taxing authorities, as well as payments of worker's compensation insurance.

14. The Trustee requests these payments, as well as any and all fees charged by the employee leasing/payroll company in connection with processing the payroll, be permitted retroactive to the Trustee's Appointment Date and continuing forward until such time as the Trustee determines, in the sound exercise of his business judgment, that the employment of such persons and payment of such wages is no longer necessary or appropriate.

**WHEREFORE** Barry E. Mukamal, as Chapter 11 Trustee of the bankruptcy estate 942 Penn RR, LLC, respectfully requests this Honorable Court enter an Order substantially in the form of the proposed order attached hereto at **Exhibit A**: (i) granting the instant Motion effective as of June 27, 2022; (ii) allowing an administrative expense for salary and wages to the insiders as detailed herein; (iii) authorizing the Trustee to pay the above referenced wages, together with any and all fees charged by the employee leasing/payroll company in connection with processing the payroll, from his Appointment Date and until such time as he determines that it is no longer necessary or appropriate; and (iv) granting any further relief that this Court deems just and proper.

    Respectfully submitted,

    BAST AMRON LLP
    *Proposed Counsel to the Trustee*
    One Southeast Third Avenue, Suite 2410
    Miami, Florida 33131
    Telephone: (305) 379-7904
    Facsimile: (305) 379-7905
    Email: sbrown@bastamron.com
    Email: dquick@bastamron.com

    By:    */s/ Dana R. Quick*
        Scott N. Brown, Esq. (FNB 663077)
        Dana R. Quick, Esq. (FBN 0074402)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, via U.S. Mail or transmission of Notice of Electronic Filing generated by CM/ECF.

By:   */s/ Dana R. Quick*
Dana R. Quick, Esq.

### Via CM/ECF:

- Heather A DeGrave    hdegrave@walterslevine.com, jduncan@walterslevine.com
- Adrian C. Delancy    adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- Dan L Gold    Dan.L.Gold@usdoj.gov
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- Kenneth L Minerley    ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Barry E. Mukamal    bemtrustee@kapilamukamal.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jackson Pellingra    jackson@minerleyfein.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David Winker    dwinker@dwrlc.com

### Via U.S. Mail:

*See attached mailing matrix.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 22-14038-LMI<br>Southern District of Florida<br>Miami<br>Wed Jul 13 14:26:36 EDT 2022 | ~~1250916 ONTARIO LIMITED~~<br>~~c/o Eric J. Silver, Esq.~~<br>~~150 West Flagler Street~~<br>~~Suite 2200~~<br>~~Miami, FL 33130-1545~~ | ~~942 Penn RR, LLC~~<br>~~942 Pennslyvania Avenue~~<br>~~Miami Beach, FL 33139-5416~~ |
| G. Proulx, LLC<br>c/o Kenneth L. Minerley<br>Minerley Fein, PA<br>1200 N Federal Highway #420<br>Boca Raton, FL 33432-2847 | 1250916 Ontario Limited<br>Cary A. Lubetsky, Esq.<br>800 Brickell Avenue, Suite 1501<br>Miami, FL 33131-3040 | 1250916 Ontario Limited<br>c/o Eric Salpeter, Esq.<br>Salpeter Gitkin, LLP<br>3864 Sheridan St.<br>Hollywood, FL 33021-3634 |
| 1250916 Ontario Limited<br>c/o Salpeter Gitkin, LLP<br>3864 Sheridan Street<br>Hollywood, FL 33021-3634 | ~~942 Pennsylvannia Holdings, LLC~~<br>~~c/o David Winker, Esq.~~<br>~~4270 S. LeJeune Road~~<br>~~Coral Gables, FL 33146~~ | Cary A. Lubetsky, Esq.<br>800 Brickell Ave., Suite 1501<br>Miami, FL 33131-3040 |
| Creative Directions, Inc.<br>c/o Raziel Ofer<br>942 Pennsylvania Ave.<br>Miami Beach, FL 33139-5416 | Creative Directions, Inc.<br>c/o Robert Mendez<br>3701 De Garmo Lane<br>Miami, FL 33133-6448 | DOT Construction<br>9311 SW 52nd Terrace<br>Miami, FL 33165-6519 |
| Florida Fair Housing Alliance, Inc.<br>c/o The Law Offices of Jibrael S Hindi<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301-5000 | G. Proulx, LLC<br>c/o Minerly Frein, P.A.<br>1200 N. Federal Highway, Suite 420<br>Boca Raton, FL 33432-2847 | Great Waste & Recycling Service LLC<br>3051 NW 129th St.<br>Opa Locka, FL 33054-4924 |
| Immokalee Real Estate Holdings LLC<br>c/o Sordo & Associates, P.A.<br>3006 Aviation Avenue, Suite 2A<br>Coconut Grove, FL 33133-3864 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service Centralized Insolve<br>Philadelphia, PA 19101-7346 |
| ~~J.E. Bley Overseas Trade South Florida~~<br>~~c/oDavid Winker, Esq.~~<br>~~4720 S. Le Jeune Rd.~~<br>~~Coral Gables, FL 33146-1817~~ | Marjam Supply of Florida, LLC<br>c/o Malka & Kravitz, P.A.<br>1300 Sawgrass Corporate Parkway<br>Suite 100<br>Fort Lauderdale, FL 33323-2823 | Miami-Dade Tax Collector<br>200 NW 2nd Ave.<br>Miami, FL 33128-1733 |
| ~~Mortgage Holdings 2018 LLC~~<br>~~c/o David Winker, Esq.~~<br>~~4270 S. LeJeune Road~~<br>~~Coral Gables, FL 33146~~ | ~~Mortgage Holdings 2018, LLC~~<br>~~c/o David Winker, Esq.~~<br>~~4720 S. Le Jeune Rd.~~<br>~~Coral Gables, FL 33146-1817~~ | ~~Office of the US Trustee~~<br>~~51 S.W. 1st Ave.~~<br>~~Suite 1204~~<br>~~Miami, FL 33130-1614~~ |
| ~~Raz Ofer~~<br>~~c/o David Winker, Esq.~~<br>~~4270 S. LeJeune Road~~<br>~~Coral Gables, FL 33146~~ | ~~Robert Mendez~~<br>~~c/o David Winker, Esq.~~<br>~~4270 S. LeJeune Road~~<br>~~Coral Gables, FL 33146~~ | Steven D. Pals, Jr.<br>c/o Graham Legal, P.A.<br>Ponce Plaza, Suite 410<br>814 once de Leon Blvd.<br>Coral Gables, FL 33134-3049 |
| The Sherwin-Williams Company<br>2800 Century Parkway, NE<br>Suite 1000<br>Atlanta, GA 30345-3110 | ~~Barry E Mukamal~~<br>~~PO Box 14183~~<br>~~Fort Lauderdale, FL 33302-4183~~ | ~~Barry E. Mukamal~~<br>~~KapilaMukamal, LLP~~<br>~~1000 S Federal Hwy, Ste 200~~<br>~~Fort Lauderdale, FL 33316-1237~~ |

~~Mark S. Roher Esq.~~
~~Law Office of Mark S. Roher, P.A.~~
~~1806 N. Flamingo Road, Suite 300~~
~~Pembroke Pines, FL 33028-1032~~

~~Raz Ofer~~
~~c/o David Winker, Esq.~~
~~4720 S. Le Jeune Rd.~~
~~Coral Gables, FL 33146-1817~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Immokalee Real Estate Holdings, LLC

(u)Marjam Supply of Florida, LLC

(u)Miami

(d)Immokalee Real Estate Holdings, LLC
c/o Sordo & Associates, P.A.
3006 Aviation Ave
Suite 2A
Coconut Grove, FL 33133-3864

(u)Robert Mendez

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36

# Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                      Case No. 22-14038-LMI

942 PENN RR, LLC.                        Chapter 11

      Debtor.
_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE, BARRY E. MUKAMAL'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES FOR <u>WAGES AND SALARIES TO INSIDERS EFFECTIVE AS OF JUNE 27, 2022</u>**

       THIS MATTER came before the Court for hearing on _____, 2022, upon *Chapter 11 Trustee Barry E. Mukamal's Motion for Allowance and Payment of Administrative Expenses for Wages and Salaries to Insiders Effective as of June 27, 2022* (ECF No. ____) (the "Motion"). The Court, having considered the Motion and the relief requested therein, and otherwise based on the record, it is

       **ORDERED:**

       1.      For the reasons set forth in the Motion and on the record at the hearing, which are incorporated herein by reference, the Motion is **GRANTED**.

2.       The wages to insiders as detailed in the Motion are allowed as administrative expenses and the Trustee is authorized to pay such wages, together with any and all fees charged by the employee leasing/payroll company in connection with processing the payroll, effective as of the Trustee's appointment date, June 27, 2022, and for so long as the Trustee, in the sound exercise of his business judgment, believes that it is in the best interests of this Estate, unless otherwise directed by this Court.

3.       The Trustee is further authorized to review and make reasonable adjustments to the wages to ensure they are commensurate with the services provided and the value provided to the Estate.  Consistent with the relief sought in the Motion, the employment of the insiders will be on a strictly "at-will" basis, and the Trustee shall retain the absolute right to terminate the services of any and all of the insiders referenced in the Motion, at any time and for any reason, based on the sound exercise of his business judgment.

# # #

**Submitted by:**
Dana R. Quick, Esq. (FBN 0074402)
**BAST AMRON LLP**
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: dquick@bastamron.com

**Copies To**: Dana R. Quick, Esq., who is hereby directed to serve a conformed copy of this Order upon all interested parties and file a Certificate of Service of same.