UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Case No. 22-14038-BKC-LMI

942 PENN RR, LLC. Chapter 11

Debtor.
_______________________________________/

**TRUSTEE'S COUNSEL'S MOTION FOR PROTECTIVE ORDER WITH RESPECT TO RAZ OFER'S NOTICE OF TAKING ZOOM VIDEO DEPOSITION OF SCOTT N. BROWN, ESQ.**

Scott N. Brown, in his capacity as counsel for Barry E. Mukamal, the Chapter 11 trustee of the bankruptcy estate of 942 Penn RR, LLC (the "Trustee"), through counsel and pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 26(c), made applicable by Fed. R. Bankr. P. 7026(c), and Local Rule 7026-1, files this Motion for Protective Order (the "Motion") regarding the deposition of Scott N. Brown ("Trustee's Counsel") noticed by the out-of-possession Debtor's co-principal, Raziel Ofer ("Ofer") for December 13, 2022, at 10:00 am, and states as follows:[1]

**Relevant Limited Background**

1. By notice dated December 3, 2022 but bearing a certificate of service dated November 29, 2022, and emailed to Trustee's Counsel on December 5, 2022, Ofer unilaterally attempted to notice the deposition of the Trustee's Counsel (the "Deposition Notice").[2] A true and

---

[1] As the *pro se* principal of an out-of-possession Debtor, it is questionable whether Ofer has the ability to notice *any* depositions. Moreover, as Trustee's Counsel is a third-party, a subpoena is required and Ofer did not and because he is not an officer of the Court, cannot, issue a subpoena. *See* Fed. R. Civ. P. 45. Nevertheless, this Motion is filed in an abundance of caution to protect the Trustee and Trustee's Counsel from being subjected to improper discovery. The filing of this Motion does not waive, and the Trustee and Trustee's Counsel expressly preserve, any and all arguments or defenses relating to the deposition, the "interrogatories," and Ofer's failure to comply with appropriate procedural requirements, including proper service.

[2] In addition, the Deposition Notice does not comply with Local Rule 7030-2, which provides that a deposition may be taken "upon actual delivery of at least 14 days' notice in writing to the deponent and to

correct copy of the Deposition Notice is attached hereto as **Exhibit A** and incorporated by reference. The Deposition Notice was not docketed.

2. The Deposition Notice also includes several purported "interrogatories" (and perhaps requests for production) which are, among other things, procedurally improper, inappropriate, and irrelevant.

3. Rule 26(c) provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . forbidding the disclosure or discovery." Fed. R. Civ. P. 26(c)(1)(a).

4. A party's attorney may only be deposed in very limited circumstances, including where "the party seeking to take the deposition has shown that (1) no other means exist to obtain the information other than to depose opposing counsel; (2) the information sought is relevant and non-privileged; and (3) the information is crucial to the preparation of the case." *In re Bilzerian*, 258 B.R. 846, 849 (Bankr. M.D. Fla. 2001).

5. Even then, when disclosure of such facts "would effectively reveal the mental impressions or opinions of an attorney, those facts [are] protected from disclosure pursuant to the attorney work product doctrine." *Id.*

6. Ofer does not even come close to meeting the foregoing standards, and it is clear that Ofer seeks to depose Trustee's Counsel solely to annoy, harass, embarrass, and wrongfully delay the Trustee's administration of the Bankruptcy Estate.

every other party to the action." Ofer e-mailed (but did not "actually deliver") the Deposition Notice to Trustee's Counsel on December 5, 2022, and scheduled the deposition for December 13, 2022. And Ofer did not notice every other party to the action. Accordingly, Ofer failed to satisfy the requirements of Local Rule 7030-2.

7. Moreover, Ofer has not—and cannot—show that the information sought cannot be obtained without deposing Trustee's Counsel, that the information sought is relevant and non-privileged, or that the information is crucial to the preparation of his case.

8. In addition, Ofer seeks information that is either wholly irrelevant to the only contested matter before this Court to which Ofer is a party, the Third Trustee Removal Motion (*see* ECF No. 474), and/or protected by the attorney-client and work-product privileges. *In re Bilzerian*, 258 B.R. at 850 ("To allow the deposition would seriously impinge on the work product of the [] primary lawyer and would potentially allow unwarranted inquiries into the mental impressions of the[] attorney and would produce no non-privileged information . . . .").

**Requested Relief**

9. Based on the foregoing, Trustee's Counsel requests that the Court enter a protective order: (a) prohibiting Ofer from deposing Trustee's Counsel; and (b) quashing and/or relieving Trustee's Counsel of any obligation to respond to the "interrogatories" or any other requests in the Deposition Notice.

**Certification**

10. Undersigned certifies that a good-faith effort was made to resolve this matter without Court intervention, but such effort was unsuccessful in that Ofer has refused to withdraw the Deposition Notice.

**WHEREFORE**, Scott N. Brown, as counsel to Barry E. Mukamal, as Chapter 11 Trustee of the bankruptcy estate of 942 Penn RR, LLC, respectfully requests this Honorable Court: (i) grant this Motion for Protective Order; (ii) determine that Ofer is not entitled to take Trustee's Counsel's deposition or seek discovery of any type from Trustee's counsel; (iii) award attorney's

fees to the Estate for having to respond to Ofer's meritless and improper discovery; and (iv) grant such other and further relief as this Court deems just and proper.

Dated: December 9, 2022

Respectfully submitted,

BAST AMRON LLP
*Counsel to the Chapter 11 Trustee,*
*Barry E. Mukamal*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: dquick@bastamron.com

By: *__/s/ Dana R. Quick__________*
Dana R. Quick, Esq. (FBN 0074402)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this 8th day of December, 2022 as follows:

via electronic transmission to:

- Heather A DeGrave hdegrave@walterslevine.com, jduncan@walterslevine.com
- Adrian C. Delancy adelancy@mrthlaw.com, ecfnotices@mrthlaw.com; mrthbkc@gmail.com
- Dan L Gold Dan.L.Gold@usdoj.gov
- Jerry M Markowitz jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- Meghan Elle Miller meghan@minerleyfein.com, ken@minerleyfein.com
- Kenneth L Minerley ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com
- Barry E Mukamal bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Jackson Pellingra jackson@mkpalaw.com
- Roniel Rodriguez ron@rjrfirm.com
- Mark S. Roher mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Alan R Rosenberg arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

- Eric J Silver esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David Winker dwinker@dwrlc.com
- Raziel Ofer – raz.ofer2@gmail.comand

via U.S. Mail to all parties on the attached service list.

*/s/ Dana R. Quick*
Dana R. Quick, Esq

# Exhibit A

{00086679.DOCX }

**UNITED STATES BANKRUPTCY CO-URT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

Case No. 22-14038-LMI

942 PENN RR, LLC,

Chapter 11

Debtor.

_______________________________________/

**RAZIEL OFER'S NOTICE OF TAKING ZOOM VIDEO DEPOSITION OF**

PLEASE TAKE NOTICE, that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as made applicable to contested matters by Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Raziel Ofer, will take the zoom VIDEO deposition of Scott Brown, on 12/13/2022 **at 10AM via Zoom:**

Join Zoom Meeting

https://us04web.zoom.us/j/4868425653?pwd=V0hPUmtBQVJPM0diRnZCT1Zia3d3UT09

Meeting ID: 486 842 5653

Passcode: 688149

The deposition will be taken pursuant to all applicable rules of the Court before a notary public or such person authorized by law to administer oaths. The deposition will be video recorded and recorded by stenographic means.

Discovery.

1. All communications, including emails, texts and log of phone calls, regarding the Astor Hotel, 956 Washington Ave, between yourself, Silver, Rodriguez & Kalb. All communications between yourself, with Silver, Rodriguez and Kalb about 942 Penn.

----------------------

Interrogatories:

------------------------

1. Why do you think it makes sense to delay the mediation (JSC) when we can ask the Judge to order a mediation?

2. Do you've a case law showing a contractor needs to show invoices for work done? Did you look at the Statue?

3. Did you ask Ontario for evidence they advanced the $400K? Did you tell them that if they didn't, then their claim is fraudulent and might be criminal? Did you know they had a Judgment for $1.2M against Ontario, not just for $400K from a federal Court in CA?

8. Did you ask Ontario for proof showing all the funds they've advanced and dates, this includes wires and cancelled checksc? How much money was transferred to the Bank account of 942 Penn RR?

8. Did you ask Immokalee for the original note? Did you see the original note?

9. Did you ask Immokalee for evidence against the only party mentioned in the note, J E Bley Overseas Trading Inc, was ever served? Did they drop them as a defendant? Did you ask them for evidence of all the funds they advanced under the note, I mean cancelled checks, wire confirmation, etc?

10, Did you ask Immokalee for a copy of the LP that was on the property when they advanced the loan to J E Bley? Did you ask them for a copy of the title insurance? Did they do a title search?

11. Did you ask Ontario for a copy of the Judgment they obtained in CA against Evan Kagan and how much money they so far collected from him? Did they sell some of his properties?

12. Did you ever meet Rodriguez, or Kalb, Melanie Damian, Melissa Damian, or Ramon Abadin? If you did then where and when?Did you speak with any of them on the phone regarding 942 Penn or Drexel?

13. Do you know if Eric Silver knows Rodriguez, Kalb, Abadin, Melanie Damian, Melissa Damian or Judge Guzman?

14. Did Silver ever emailed or spoke with you mentioning Rodriguez, Kalb, Abadin, Melanie Damian, or Melissa Damian?

15. Do you know whether Silver ever represented Rodriguez and Kalb?

Dated this 3rd day of December, 2022.

Raz Ofer

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November, 2022, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

*/s/ Raziel Ofer*
Raziel Ofer

Scott N Brown on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com,

jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com

Scott N Brown, Esq on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com;jleggett@bastamron.com

Heather A DeGrave on behalf of Creditor Marjam Supply of Florida, LLC
hdegrave@walterslevine.com, jduncan@walterslevine.com

Adrian C. Delancy on behalf of Creditor Immokalee Real Estate Holdings, LLC
adelancy@mrthlaw.com,
ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Hayley G Harrison on behalf of Trustee Barry E Mukamal
hgerson@bastamron.com,
jmiranda@bastamron.com;kjones@bastamron.com;mdesvergunat@bastamron.com

Jerry M Markowitz on behalf of Creditor Immokalee Real Estate Holdings, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Kenneth L Minerley, Esq. on behalf of Creditor G. Proulx, LLC
ken@minerleyfein.com,
litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E. Mukamal
bemtrustee@kapilamukamal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jackson Pellingra on behalf of Creditor G. Proulx, LLC
jackson@minerleyfein.com

Dana R Quick on behalf of Trustee Barry E Mukamal
dquick@bastamron.com,
jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Roniel Rodriguez, IV on behalf of Creditor 1560/1568 Drexel Avenue LLC
ron@rjrfirm.com

Mark S. Roher, Esq. on behalf of Debtor 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Alan R Rosenberg on behalf of Creditor Immokalee Real Estate Holdings, LLC
arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David Winker on behalf of Plaintiff Creative Directions, Inc.
dwinker@dwrlc.com

David Winker on behalf of Stockholder Raz Ofer
dwinker@dwrlc.com

David Winker on behalf of Stockholder Robert Mendez
dwinker@dwrlc.com

Label Matrix for local noticing
113C-1
Case 22-14038-LMI
Southern District of Florida
Miami
Fri Nov 18 13:52:27 EST 2022

~~1250916 ONTARIO LIMITED~~
~~c/o Eric J. Silver, Esq.~~
~~150 West Flagler Street~~
~~Suite 2200~~
~~Miami, FL 33130-1545~~

~~1560/1568 Drexel Avenue LLC~~
~~Roniel Rodriguez IV PA~~
~~12555 biscayne blvd~~
~~915~~
~~North Miami, FL 33181-2522~~

~~942 Penn RR, LLC~~
~~942 Pennslyvania Avenue~~
~~Miami Beach, FL 33139-5416~~

City of Miami Beach, Florida
c/o Steven Rothstein, Deputy City Atty
1700 Convention Center Drive, 4th Floor
Miami Beach, FL 33139-1824

~~G. Proulx, LLC~~
~~c/o Kenneth L. Minerley~~
~~Minerley Fein, PA~~
~~1200 N Federal Highway #420~~
~~Boca Raton, FL 33432-2847~~

Miami Dade County Tax Collector (Windley)
c/o Priscilla A Windley
200 NW 2nd Avenue, Suite 430
Miami, FL 33128-1733

1250916 Ontario Limited
Cary A. Lubetsky, Esq.
800 Brickell Avenue, Suite 1501
Miami, FL 33131-3040

1250916 Ontario Limited
c/o Eric Salpeter, Esq.
Salpeter Gitkin, LLP
3864 Sheridan St.
Hollywood, FL 33021-3634

1250916 Ontario Limited
c/o Salpeter Gitkin, LLP
3864 Sheridan Street
Hollywood, FL 33021-3634

~~1250916 Ontario Ltd.~~
~~c/o Stearns Weaver Miller~~
~~Attn: Eric J. Silver~~
~~150 West Flagler Street, Suite 2200~~
~~Miami, FL 33130-1545~~

1560 - 1568 Drexel Avenue, LLC
150 West Flagler Street
Suite 1675
Miami, FL 33130-1522

~~942 Pennsylvannia Holdings, LLC~~
~~c/o David Winker, Esq.~~
~~4270 S. LeJeune Road~~
~~Coral Gables, FL 33146~~

Assembly Tax 36 LLC
of Custodian and Secured Party 995608
POB 12225
Newark, NJ 07101-3411

Cary A. Lubetsky, Esq.
800 Brickell Ave., Suite 1501
Miami, FL 33131-3040

City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139-1824

Creative Directions, Inc.
c/o Raziel Ofer
942 Pennsylvania Ave.
Miami Beach, FL 33139-5416

DOT Construction
9311 SW 52nd Terrace
Miami, FL 33165-6519

Florida Fair Housing Alliance, Inc.
c/o The Law Offices of Jibrael S Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301-5000

~~G. Proulx, LLC~~
~~c/o Minerly Frein, P.A.~~
~~1200 N. Federal Highway, Suite 420~~
~~Boca Raton, FL 33432-2847~~

Great Waste & Recycling Service LLC
3051 NW 129th St.
Opa Locka, FL 33054-4924

Immokalee Real Estate Holdings LLC
c/o Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, FL 33133-3864

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service Centralized Insolve
Philadelphia, PA 19101-7346

~~J.E. Bley Overseas Trade South Florida~~
~~c/oDavid Winker, Esq.~~
~~4720 S. Le Jeune Rd.~~
~~Coral Gables, FL 33146-1817~~

Marjam Supply of Florida, LLC
c/o Malka & Kravitz, P.A.
1300 Sawgrass Corporate Parkway
Suite 100
Fort Lauderdale, FL 33323-2823

Miami Dade County Tax Collector (Windley)
200 NW 2nd Avenue, Suite 430
Miami, Florida 33128-1733

Miami-Dade Tax Collector
200 NW 2nd Ave.
Miami, FL 33128-1733

~~Mortgage Holdings 2018 LLC~~
~~c/o David Winker, Esq.~~
~~4270 S. LeJeune Road~~
~~Coral Gables, FL 33146~~

~~Mortgage Holdings 2018, LLC~~
~~c/o David Winker, Esq.~~
~~4720 S. Le Jeune Rd.~~
~~Coral Gables, FL 33146-1817~~

~~Office of the US Trustee~~
~~51 S.W. 1st Ave.~~
~~Suite 1204~~
~~Miami, FL 33130-1614~~

~~Raz Ofer~~
~~c/o David Winker, Esq.~~
~~4270 S. LeJeune Road~~
~~Coral Gables, FL 33146~~

~~Robert Mendez~~
~~c/o David Winker, Esq.~~
~~4270 S. LeJeune Road~~
~~Coral Gables, FL 33146~~

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Steven D. Pals, Jr.
c/o Graham Legal, P.A.
Ponce Plaza, Suite 410
814 once de Leon Blvd.
Coral Gables, FL 33134-3049

Steven H. Rothstein
City of Miami Beach
Office of the City Attorney, 4th Floor
1700 Convention Center Drive
Miami Beach, FL 33139-1819

The Sherwin-Williams Company
2800 Century Parkway, NE
Suite 1000
Atlanta, GA 30345-3110

V.A. Leasing Corporation
2100 N.W. 82nd Ave.
Miami, FL 33122-1507

~~Barry E Mukamal~~
~~PO Box 14183~~
~~Fort Lauderdale, FL 33302-4183~~

~~Barry E. Mukamal~~
~~KapilaMukamal, LLP~~
~~1000 S Federal Hwy, Ste 200~~
~~Fort Lauderdale, FL 33316-1237~~

~~David Winker~~
~~4720 S LeJeune Rd~~
~~Coral Gables, Fl 33146~~

~~John Lancet~~
~~Firm of HVS International~~
~~8925 SW 148 St #216~~
~~Miami, FL 33176-8084~~

~~Mark S. Roher Esq.~~
~~Law Office of Mark S. Roher, P.A.~~
~~1806 N. Flamingo Road, Suite 300~~
~~Pembroke Pines, FL 33028-1032~~

~~Raz Ofer~~
~~c/o David Winker, Esq.~~
~~4720 S. Le Jeune Rd.~~
~~Coral Gables, FL 33146-1817~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Creative Directions Inc

(u)Immokalee Real Estate Holdings, LLC

(u)Marjam Supply of Florida, LLC

(u)Miami

(u)**DELETED PER DE#290**
Creative Directions, Inc.

(d)Immokalee Real Estate Holdings, LLC
c/o Sordo & Associates, P.A.
3006 Aviation Ave
Suite 2A
Coconut Grove, FL 33133-3864

(u)Robert Mendez

End of Label Matrix
Mailable recipients 43
Bypassed recipients 7
Total 50