UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                  Case No. 22-14038-BKC-LMI

942 PENN RR, LLC,                                       Chapter 11

      Debtor.

_____/

**TRUSTEE, BARRY E. MUKAMAL'S EMERGENCY MOTION FOR ENTRY
OF ORDER (I) PROHIBITING RAZ OFER FROM COMMUNICATING WITH
THE TRUSTEE AND HIS PROFESSIONALS, (II) SANCTIONING RAZ OFER,
(III) SETTING CASE MANAGEMENT AND COMMUNICATION PROCEDURES
WITH RESPECT TO RAZ OFER, AND (IV) GRANTING OTHER RELATED RELIEF**
*(Emergency Hearing Requested on December 14, 2022 at 2:30 p.m.)*

**Basis for Emergency:**
**As set forth in more detail below, the Debtor's co-principal and
designated corporate representative, Raziel Ofer, continues to send
abusive, harassing and threatening emails to the Trustee and his
professionals on a near daily basis. The tone and rhetoric of these
e-mails has become even more abusive and delusional in recent
days and now, Ofer has concocted a completely false story of some
type of imagined business deal between himself and the Trustee
and is threatening to sue the Trustee on account of same.[1]**

     Barry E. Mukamal, as Chapter 11 trustee of the bankruptcy estate of 942 Penn RR, LLC (the

"Trustee"), through counsel and pursuant to 11 U.S.C. § 105(a) and Local Rule 9075-1, files his

Emergency Motion for Entry of Order (I) Prohibiting Raz Ofer from Communicating With the Trustee

and His Professionals, (II) Sanctioning Raz Ofer, (III) Setting Case Management and Communication

Procedures With Respect to Raz Ofer, and (IV) Granting Other Related Relief (the "Motion"), and in

support thereof, states as follows:

---

[1] As referenced in Ofer's recently filed *Motion to Recuse Judge Isicoff* (ECF No. 537)(the "Motion to Recuse") at
Page 3, Paragraph 11, he is playing the same game with the Court, believing that he can either threaten to file, or
file, a baseless and frivolous lawsuit in hopes of creating a non-existent conflict based on lies in an attempt to cause
the recusal or removal, as the case may be, of the Court or the Trustee. Ofer has attempted to use this tactic previously
in other cases.

## Relevant Background and Requested Relief[2]

1.      Raz Ofer is out of control, and his near daily barrage of abusive, harassing, threatening, hateful and vituperative e-mails to the Trustee and his professionals must be stopped. In the latest round, beginning Friday December 9, 2022,[3] immediately following the filing of additional frivolous and sanctionable pleadings that violate Rule 11 and lack any basis in fact or law despite this Court's multiple warnings (*see* ECF Nos. 536-538), Ofer:

> a.   Wrote to undersigned counsel - "[y]ou can shove all your motions in your ass. One thing is for sure, you'll not be paid a penny from 942 Penn. I know things that you don't, You and Mukamal will be flooded with lawsuits about your corruption, theft, lies and criminal activities. I think something will happen this week. You and Mukamal will pay us a lot of money.  You think you're clever. Raz";
>
> b.   Wrote to the Trustee - "Mr Mukamal, 1. We had a verbal agreement that you'll invest with me $6.5$ in buying two hotels in Negril, Jamaica. Verbal contracts are legal in FL and in Jamaica. 2. You breached this agreement and caused me damages in excess of $13M, for which I hold you personally responsible. 3. I've instructed my Lawyers in Jamaica to file a lawsuit against you personally, for $13M in damages in Kingston, Jamaica. I can prove the damages. 4. I need to serve you the lawsuit. Do you've a lawyer in Jamaica, you'll need one. You've 30 days to respond or I'll obtain a default judgment against you. Once I do, I can domesticate the Judgment in Florida, or anywhere in the States. 5. You must retain a Lawyer in Jamaica. Jamaican Courts are very fair. 6. Please let me know how to serve the Court documents and whether I can serve it on Scott and he can then pass it to a Jamaican lawyer. 7.Scott - Mukamal told me at the time that you also wanted to invest, but since I didn't discuss it with you, I left you out of the lawsuit, it is only against Mukamal personally. 7. I'm prepared to discuss an out of Court settlement if you wish. 8. Again this case has nothing to do with 942 Penn, I'm suing Mukamal personally.  Raz" and
>
> c.   Wrote to the Trustee - "Mr Mukamal, The Jamaican Lawsuit will be served on you on Wed when you come to the Court house. It'll be given to you outside the Court room on the 8th Fl, or just outside the Court room. If you prefer, it can be served on you in your residence or your office. I'm not copying Scott as he's not part to

---

[2] Given the Court's extreme familiarity with the procedural and underlying background facts, and in the interests of brevity, the Trustee is dispensing with a recitation of same, but for the sake of completeness and the record, the Trustee incorporates Paragraphs 1-17 of *Trustee, Barry E. Mukamal's Motion to Strike (I) Third Motion to Remove Barry Mukamal as Chapter 11 Trustee [ECF No. 474] and (II) Supplements Thereto [ECF Nos. 476 & 48*2](ECF No. 506) by reference.

[3] True and correct copies of Ofer's December 9th and 10th e-mails are attached hereto as **Composite Exhibit "A"** and incorporated by reference.

this lawsuit. Mark & David are copied only for the purpose that they can see that I'm trying to serve on you the lawsuit and you don't respond. Raz"

2.    Needless to say, the Trustee never entered into a verbal agreement (or any other type of agreement) to invest with Ofer, and it is clear that these e-mails are an attempt at some type of set-up of the Trustee.

3.    As undersigned advised the Court on the record at the December 1st hearing, there are dozens of other abusive, harassing, threatening, insulting and derogatory e-mails filled with lies, conspiracy theories, and/or threats of prosecution for imagined crimes, a sampling of which are attached hereto as **Composite Exhibit "B"** and incorporated by reference. But the velocity of Ofer's downward spiral in behavior is increasing, and aside from the fact that his e-mails, like his frivolous filings, are distracting the Trustee and his professionals from focusing on substantive issues that need to be addressed in this case and costing the Estate untold sums to address (likely well over $100,000 to date) in otherwise unnecessary fees and costs, they are abusive and mentally exhausting, and the Trustee, as a Court appointed fiduciary, and his professionals, whose employment was approved by this Court, should not be required to endure such abuse and harassment on a near constant basis.

4.    Just as the Court recognized Ofer's unacceptable and intolerable behavior in issuing its *Order to Show Cause Why Raziel Ofer Should Not Be Required to Hire Counsel or Seek Leave of the Court Prior to Filing Anything With the Court* (ECF No. 517)(the "Show Cause Order"), the Trustee asserts that the Court must also address, and put an immediate end to, the e-mails.

5.    Ofer is the Debtor's designated corporate representative and the Debtor is represented by counsel – namely, Mark S. Roher, Esq. And despite the fact that Ofer claims to be acting *pro se* in his individual capacity as a member of the Debtor (which begs the question as to why Ofer continues to copy both his purported former counsel, David Winker, Esq. and Mr. Roher on most e-mails),[4] this

---

[4] It is equally troubling that neither Mr. Winker nor Mr. Roher, as officers of the Court, have put a stop to Ofer's outrageous and sanctionable behavior.

is truly a distinction without a difference. Ofer, by words and by deeds, has made clear that he considers himself and the Debtor to be one and the same. And when Mr. Winker announced to the Court that he would be withdrawing, this Court warned Ofer that, in essence, this better not be a ploy for Ofer to communicate directly with the Court and the Trustee (and thus, believe that he is at liberty to say and do whatever he pleases without causing jeopardy to his attorneys). But the Court's concern was well-founded, and that is exactly what Ofer is doing.

6.      Through his words in pleadings, papers, e-mails and other filings, as well as his words on the record at hearings, and his threat in both the Recusal Motion (ECF No. 537, Page 4-5) and the e-mail attached to his *Motion for Reconsideration on Order Denying Motion to Enforce Leases* (ECF No. 500, Page 6, Paragraphs 4-5) to ignore this Court's orders, Ofer has shown his utter disdain and contempt for the Court, the Trustee and the bankruptcy system in general. The abusive e-mails are just an extension of the baseless and sanctionable filings, and this Court should not allow Ofer to continue to make a mockery of the system. The Trustee will not belabor the point further.

7.      Pursuant to 11 U.S.C. § 105(a), this Court

> …may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.  No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, *sua sponte*, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

8.      Ofer's actions are the textbook example of abuse of process, and if ever there was a situation that warrants this Court invoking its § 105(a) inherent powers, this is it.

9.      Accordingly, the Trustee requests that this Court prohibit Ofer from any further communication with the Trustee and his professionals, whether by e-mail, phone or text, and require that Ofer be required to direct all communications through Debtor's counsel, Mark Roher, who can, if appropriate, forward them to Trustee's counsel, and authorize the Trustee and his professionals to

communicate with Ofer only through Mr. Roher.[5]  The Trustee further requests that this Court impose both monetary and non-monetary sanctions against Ofer severe enough to deter his wholly unacceptable and repugnant behavior, including, but not limited to, entry of a Writ of Bodily Attachment, and take such other actions as this Court deems just and proper to put an end, once and for all, to Ofer's threats, lies and abuse of the Trustee and his professionals.

**WHEREFORE**, Barry E. Mukamal, as Chapter 11 Trustee of the bankruptcy estate of 942 Penn RR, LLC, respectfully requests this Honorable Court invoke its inherent powers under 11 U.S.C. § 105(a) and enter an Order: (a) granting the instant Motion; (b) prohibiting Raz Ofer from communicating directly with the Trustee and his professionals and requiring all communications be made through Debtor's counsel; (c) authorizing the Trustee and his professionals to communicate with Ofer only through Debtor's counsel; (d) imposing such monetary and non-monetary sanctions, including, but not limited to, entry of a Writ of Bodily Attachment, against Ofer as this Court deems necessary and appropriate to coerce Ofer to end his contemptuous and abusive behavior; (e) establishing such case management and communication procedures with respect to Ofer as this Court deems reasonable and appropriate under the circumstances; and (f) granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

BAST AMRON LLP
*Counsel to the Chapter 11 Trustee,*
*Barry E. Mukamal*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: sbrown@bastamron.com
Email: dquick@bastamron.com

By:    */s/ Scott N. Brown*
        Scott N. Brown, Esq. (FBN 663077)
        Dana R. Quick, Esq. (FBN 0074402)

---

[5] The Trustee and his professionals have stopped responding to Mr. Ofer's abusive e-mails.

Case No. 22-14038-BKC-LMI

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this 12th

day of December, 2022 as follows:

via electronic transmission to:

- Heather A DeGrave    hdegrave@walterslevine.com, jduncan@walterslevine.com
- Adrian C. Delancy    adelancy@mrthlaw.com, ecfnotices@mrthlaw.com; mrthbkc@gmail.com
- Dan L Gold    Dan.L.Gold@usdoj.gov
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- Meghan Elle Miller    meghan@minerleyfein.com, ken@minerleyfein.com
- Kenneth L Minerley    ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jackson Pellingra    jackson@mkpalaw.com
- Roniel Rodriguez    ron@rjrfirm.com
- Mark S. Roher    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- Alan R Rosenberg    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David Winker    dwinker@dwrlc.com
- Raziel Ofer – raz.ofer2@gmail.comand

via U.S. Mail to all parties on the attached service list.

/s/ Scott N. Brown
Scott N. Brown, Esq.

# Composite Exhibit "A"

**From:** [Raz Ofer](#)
**To:** [Scott Brown](#); [Barry Mukamal](#); [Raz Ofer](#); [Mark S. Roher, Esq.](#); [David Winker](#)
**Subject:** Motions
**Date:** Friday, December 9, 2022 9:52:29 PM

Scott,

You can shove all your motions in your ass. One thing is for sure,you'll not be paid a penny from 942 Penn.

I know things that you don't, You and Mukamal will be flooded with lawsuits about your corruption, theft, lies and criminal activities. I think something will happen this week.

You and Mukamal will pay us a lot of money.

You think you're clever.

Raz

**From:** Raz Ofer
**To:** Barry Mukamal; Scott Brown; Mark S. Roher, Esq.; Raz Ofer; David Winker
**Subject:** Private Deal with Mukamal - Unrelated to 942 Penn. - For Settlement Purposes Only
**Date:** Friday, December 9, 2022 4:58:01 PM

Mr Mukamal,

1. We had a verbal agreement that you'll invest with me $6.5$ in buying two hotels in Negril, Jamaica. Verbal contracts are legal in FL and in Jamaica.

2. You  breached this agreement and caused me damages in excess of $13M, for which I hold you personally responsible.

3. I've instructed my Lawyers in Jamaica to file a lawsuit against you personally, for $13M in damages in Kingston, Jamaica. I can prove the damages.
4. I need to serve you the lawsuit. Do you've a lawyer in Jamaica, you'll need one. You've 30 days to respond or I'll obtain a default judgment against you. Once I do, I can domesticate the Judgment in Florida, or anywhere in the States.
5. You must retain a Lawyer in Jamaica. Jamaican Courts are very fair.
6. Please let me know how to serve the Court documents and whether I can serve it on Scott and he can then pass it to a Jamaican lawyer.

7.Scott - Mukamal told me at the time that you also wanted to invest, but since I didn't discuss it with you, I left you out of the lawsuit, it is only against Mukamal personally.

7. I'm prepared to discuss an out of Court settlement if you wish.

8. Again this case has nothing to do with 942 Penn, I'm suing Mukamal personally.

Raz

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | Barry Mukamal; Raz Ofer; Mark S. Roher, Esq.; David Winker |
| **Subject:** | [EXTERNAL]Jamaica Lawsuit |
| **Date:** | Saturday, December 10, 2022 12:15:11 PM |

Mr Mukamal,

The Jamaican Lawsuit will be served on you on Wed when you come to the Court house.

It'll be given to you outside the Court room on the 8th Fl, or just outside the Court room.

If you prefer, it can be served on you in your residence or your office.

I'm not copying Scott as he's not part to this lawsuit.

Mark & David are copied only for the purpose that they can see that I'm trying to serve on you the lawsuit and you don't respond.

Raz

# Composite Exhibit "B"

{00086679.DOCX }

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | Scott Brown; Mark S. Roher, Esq.; Raz Ofer; Dana Quick |
| **Subject:** | Witness |
| **Date:** | Thursday, December 8, 2022 11:47:45 PM |

Scott,

I want Mr Dana Quick (Is she a man or a woman?) to testify next Wed.

Thank you.

Raz

| From: | Raz Ofer |
|---|---|
| To: | Scott Brown |
| Cc: | Barry Mukamal; Dana Quick; David Winker; Jorge Miranda; Mark S. Roher, Esq.; Raz Ofer |
| Subject: | Re: Frivolous Motions |
| Date: | Monday, December 5, 2022 7:00:47 PM |
| Attachments: | image001.png |

Scott,

On Mon, Dec 5, 2022 at 5:59 PM Raz Ofer <raz.ofer2@gmail.com> wrote:

> Scott,

Your only option to avoid discovery snd forensic inspection is for you snd Barry to step down without getting a penny for your purported 'work/fraud'.

The implications ftom the discovery/forensic inspection could be very serious indeed.

Raz

> You motion to strok the removal is friviulous, you're trying the avoid the discovery and forensic inspection. I'm sure the judge will sanction you.
>
> On Mon, Dec 5, 2022 at 4:54 PM Raz Ofer <raz.ofer2@gmail.com> wrote:
> You must be kidding, Scott. I'll never withdraw it.
>
> Judge Isicoff made it clear that I need to prepare everything for the trial, she increased the time allocated for pretrial on 21st Dec from 10 to 30 mins and I requested the trial to take place in Dec, I can't wait for Jan.
>
> She also set the hearing on my motion to compel depositions, RFP and forensic inspection to 21st Dec.
>
> I'll explore more evidence after your deposition and forensic inspections of all desktops, laptops and mobile devices. I trust you're aware of the recording I've got, Judge Isicoff knows about it so is the other party.
>
> I suggest you wait for tomorrow or Wed when the youtube and social media campaign starts,this is a nuclear bomb. I know social media well.
>
> The best criminal lawyers are involved, so is law enforcement. You and Mukamal should have been more carefull when speaking to these 2 criminals.
>
> I'll never withdraw the motion to remove the trustee.
>
> However, if you wish, you, Mark and me can have a zoom call
>
> I suggest you wait for the youtube campaign.
>
> On Mon, Dec 5, 2022 at 4:09 PM Scott Brown <SBrown@bastamron.com> wrote:

Raz

Before I file motions to strike you third trustee removal motion (ECF No. 474) and Supplements (ECF Nos.  476 & 481), as well as ECF #'s 482, 488, 498, 499 & 500, please advise if you will agree to voluntarily withdraw them and please consider this e-mail to constitute my good-faith attempt to resolve these matters with you. If you agree to withdraw  them, please do so immediately.  And please note that I will take a failure to respond to this e-mail as an indication that you are unwilling to withdraw them despite the fact that they contain no basis in fact or law and certify same.

Thanks

Scott



SCOTT N. BROWN

Partner/Chapter 7 Trustee

BAST AMRON LLP

| | |
|---|---|
| Sun Trust International Center | O:305.379.7904 |
| One Southeast Third Avenue | D:786.219.4059 |
| Suite 2410 | sbrown@bastamron.com |
| Miami Florida 33131 | www.bastamron.com |

My LinkedIn Profile

**\*We've moved! Please note we are in the same building with a new suite number.**

**Listen now to *The Practice Podcast*
on YouTube, Spotify, Google, Amazon Music, and Apple Podcasts.**

🖨 **Please consider the environment before printing this email.**

-------------------------------------------------------------------------------------------------------------

This message, together with any attachments, is intended only for the addressee. It may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (305.379.7904) or by return e-mail and delete this message, along with any attachments.

**From:** Raz Ofer
**To:** Scott Brown; Mark S. Roher, Esq.; David Winker; Barry Mukamal; Raz Ofer
**Subject:** OSC Why you should not be held in criminal contempt
**Date:** Friday, December 2, 2022 6:09:33 PM

Scott,

1. Just emailed a few motions I filed today, including an OSC why you should not be held in criminal contempt.

2. On Monday I'll be filing a criminal complaint against you with the US attorney.

I wondered if you and Barry would voluntarily  step down pending the outcome of the criminal investigation. I trust you know that you & Barry won't be able to receive any money for your 'work'. However, if you step down you and Barry might be able to keep working as a trustee. If you don't, I'll be filing a motion to suspend you pending the hearing on the trustee's removal.

Have a good weekend.

Raz

**From:** Raz Ofer
**To:** Jorge Miranda; Mark S. Roher, Esq.; David Winker; Raz Ofer
**Cc:** Scott Brown; Dana Quick
**Subject:** Re: SERVICE OF COURT DOCUMENT (In re: 942 Penn RR, LLC; Case No. 22-14038-LMI)
**Date:** Friday, December 2, 2022 12:09:02 PM
**Attachments:** image001.png

Mark,

Please file an objection to this crap, this c;aim is criminal and is one reason for the removal of the trustee. Please attach my recent motion to remove the trustee, no need for the supplements.

Raz

On Fri, Dec 2, 2022 at 11:53 AM Jorge Miranda <jmiranda@bastamron.com> wrote:

| Court Case Pending In: | United States Bankruptcy Court<br><br>Southern District of Florida |
|---|---|
| Case Number: | 22-14038-LMI<br><br>Chapter 11 |
| Style of Case: | *In re: 942 Penn RR, LLC* |
| Title of Document(s) Attached: | **Trustee, Barry E. Mukamal's Motion to Approve Settlement Between (I) 1250916 Ontario LTD., and (II) Trustee**<br><br>**(ECF No. 496)** |
| Senders' Name & Telephone Numbers: | Scott N. Brown, Esq.<br><br>305-379-7904 |



JORGE L. MIRANDA, JR.

Paralegal

BAST AMRON LLP

One Southeast Third Avenue                    O:305.379.7904

Suite 2410                                    D:786-219-4055

Miami Florida 33131                           jmiranda@bastamron.com

www.bastamron.com


**Listen now to *The Practice Podcast***
**on YouTube, Spotify, Google, Amazon Music, and Apple Podcasts.**


🌿 **Please consider the environment before printing this email.**

---------------------------------------------------------------------------------------------------------------------------------

This message, together with any attachments, is intended only for the addressee. It may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (305.379.7904) or by return e-mail and delete this message, along with any attachments.

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | mroher@markroherlaw.com; Scott Brown; Raz Ofer; Barry Mukamal; David Winker |
| **Subject:** | Re: FW: Rolls Royce |
| **Date:** | Wednesday, November 30, 2022 9:50:13 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Mark,

The same BS of this puppetr trustee, who works for the real trustee, Kalb.

I was not aware that we were 2 months behind, or I would have paid.

1. I called Lisa, from VA, and asked to pay with my CC, like 3 weeks ago, she said she needs to ask her boss, I held the line, she then told me that he instructed her not to take payments from me. What Scott is saying is nonsense. Feel free to call Lisa from VA. I WAS THE ONE CALLING HER. Robert also called later, if I remember correctly.

2. I'll file a motion tomorrow for the trustee to reject the lease, since the lease is assigned to us, I'll immediately pay VA.

3. Alternatively, I can deposit the money with the Court until the trustee rejects the lease, however, I'm sure that Judge Isicoff will order the trustee to reject the lease and then I'll immediately pay VA.

2. This is all provocation by this so-called trustee, luckily I doubt he'll be a trustee for much longer.

3. Kalb is telling everybody that he's well connected.....He's a piece of shit, we shall see how well he's connected.

4. Scott - Just reject the lease and this will be the end of it.

Raz


On Wed, Nov 30, 2022 at 2:44 PM <mroher@markroherlaw.com> wrote:


**Mark S. Roher, Esq.**

Law Office of Mark S. Roher, P.A.

1806 N. Flamingo Road, Suite 300

Pembroke Pines, FL 33028

Phone:  (954) 353-2200

Fax:  (877) 654-0090

Email:  mroher@markroherlaw.com

Web:  www.markroherlaw.com






**Please consider the environment before printing this e-mail.**


**CONFIDENTIALITY NOTE**

The information contained in this electronic mail transmission and its attachments may be confidential and protected from disclosure. If the reader of this message is not the intended recipient (or an individual responsible for delivery of the message to such person), you are strictly prohibited from copying, disseminating or distributing this communication. If you have received this communication in error, please notify the sender immediately and destroy all electronic, paper or other versions. The sender does not waive confidentiality in the event of any inadvertent transmission to an unauthorized recipient. No representation is made by the sender that this communication is virus-free. The recipient alone is responsible for taking appropriate measures to ensure that the e-mail is virus-free.

---

**From:** Scott Brown <SBrown@bastamron.com>
**Sent:** Tuesday, November 29, 2022 11:08 AM

**To:** mroher@markroherlaw.com
**Cc:** Dana Quick <dquick@bastamron.com>; Barry Mukamal
<bmukamal@kapilamukamal.com>
**Subject:** Rolls Royce

Mark –

As you know, the Rolls lease remains in default as Raz has not paid October 20th or November 20th.

Barry asked that I provide you with an update since Robert called him last week and advised that the leasing company would not accept payment.

Thereafter, I reached out to counsel for VA Leasing and got a return call yesterday. I was advised that Robert did not try to make payment, but rather, made inquiry as to whether they would accept a credit card payment.

Apparently the leasing company has grown tired of the constant late payments and unfulfilled promises and has decided that it will not accept payment from Raz or Robert.

They have decided to file a stay relief motion. If that occurs, it is likely that the Trustee will demand the immediate turnover of the car so that he can have it safely stored and appraised and decide whether it is in the best interests of the estate to cure, assume, conduct an auction and assign, or reject.

I will keep you apprised.

Thanks

Scott



SCOTT N. BROWN

Partner/Chapter 7 Trustee

BAST AMRON LLP

Sun Trust International Center         O:305.379.7904

One Southeast Third Avenue          D:786.219.4059

Suite 2410                    sbrown@bastamron.com

Miami Florida 33131              www.bastamron.com


My LinkedIn Profile


**\*We've moved! Please note we are in the same building with a new suite number.**


**Listen now to *The Practice Podcast***
**on YouTube, Spotify, Google, Amazon Music, and Apple Podcasts.**


🌱 **Please consider the environment before printing this email.**

----------------------------------------------------------------------------------------------------------------

This message, together with any attachments, is intended only for the addressee. It may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (305.379.7904) or by return e-mail and delete this message, along with any attachments.

Virus-free.www.avast.com

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | Mark S. Roher, Esq.; Scott Brown |
| **Subject:** | Revised Plan |
| **Date:** | Wednesday, November 30, 2022 10:15:49 AM |

Mark,

Scott is copied.

Please remove the option to sell the building from the plan.

The trustee (Jaime) just came to the building with a broker to show the building for sale, although the plan is clear that it'll not be sold.

Please clarify it in the plan.

Raz

| | |
|---|---|
| **From:** | Raz Ofer |
| **To:** | Scott Brown |
| **Cc:** | Herman J. Russomanno III; Alan Bryce Grossman; Dana Quick; mroher@markroherlaw.com |
| **Subject:** | Re: Personal Confidential Agreement - Kagan - Ontario |
| **Date:** | Friday, November 4, 2022 1:52:26 PM |
| **Attachments:** | image001.png |

You can try to subpoena it and the Court will decide if you're entitled to it.

I'll email you later a copy of the Bar complaint against you.

On Fri, Nov 4, 2022 at 1:38 PM Scott Brown <SBrown@bastamron.com> wrote:

> Raz
>
> I will not get into a debate with you.
>
> If the Debtor is a party to the agreement, the Trustee is entitled to a copy of it, as the Trustee stands in the shoes of the Debtor.
>
> If the Debtor is not a party, then I do not dispute that the Trustee is not entitled to a copy without a subpoena.
>
> 
>
> SCOTT N. BROWN
>
> Partner/Chapter 7 Trustee
>
> BAST AMRON LLP
>
> Sun Trust International Center          O:305.379.7904
>
> One Southeast Third Avenue          D:786.219.4059
>
> Suite 2410                              sbrown@bastamron.com
>
> Miami Florida 33131                    www.bastamron.com
>
> My LinkedIn Profile
>
> **\*We've moved! Please note we are in the same building with a new suite number.**

**Listen now to *The Practice Podcast***
**on YouTube, Spotify, Google, Amazon Music, and Apple Podcasts.**

🖨 **Please consider the environment before printing this email.**

-------------------------------------------------------------------------------------------------------------------

This message, together with any attachments, is intended only for the addressee. It may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (305.379.7904) or by return e-mail and delete this message, along with any attachments.

**From:** Raz Ofer <raz.ofer2@gmail.com>
**Sent:** Friday, November 4, 2022 1:31 PM
**To:** Scott Brown <SBrown@bastamron.com>; Herman J. Russomanno III <herman2@russomanno.com>; Alan Bryce Grossman <alan@abgrossman.com>; Raz Ofer <raz.ofer2@gmail.com>
**Subject:** Personal Confidential Agreement - Kagan - Ontario

Scott,

The above is my personal agreement with Kagan. It can only be produced in order to enforce it in Court.

No Lawyer will produce it without a Court order knowing they'll be sued and face a BAR complaint. You must obtain a Court order.

The Bar complaint against you will be filed within an hour.

Raz

Label Matrix for local noticing
113C-1
Case 22-14038-LMI
Southern District of Florida
Miami
Fri Nov 18 13:52:27 EST 2022

1250916 ONTARIO LIMITED
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

1560/1568 Drexel Avenue LLC
Roniel Rodriguez IV PA
12555 biscayne blvd
915
North Miami, FL 33181-2522

942 Penn RR, LLC
942 Pennsylvania Avenue
Miami Beach, FL 33139-5416

City of Miami Beach, Florida
c/o Steven Rothstein, Deputy City Atty
1700 Convention Center Drive, 4th Floor
Miami Beach, FL 33139-1824

G. Proulx, LLC
c/o Kenneth L. Minerley
Minerley Fein, PA
1200 N Federal Highway #420
Boca Raton, FL 33432-2847

Miami Dade County Tax Collector (Windley)
c/o Priscilla A Windley
200 NW 2nd Avenue, Suite 430
Miami, FL 33128-1733

1250916 Ontario Limited
Cary A. Lubetsky, Esq.
800 Brickell Avenue, Suite 1501
Miami, FL 33131-3040

1250916 Ontario Limited
c/o Eric Salpeter, Esq.
Salpeter Gitkin, LLP
3864 Sheridan St.
Hollywood, FL 33021-3634

1250916 Ontario Limited
c/o Salpeter Gitkin, LLP
3864 Sheridan Street
Hollywood, FL 33021-3634

1250916 Ontario Ltd.
c/o Stearns Weaver Miller
Attn: Eric J. Silver
150 West Flagler Street, Suite 2200
Miami, FL 33130-1545

1560 - 1568 Drexel Avenue, LLC
150 West Flagler Street
Suite 1675
Miami, FL 33130-1522

942 Pennsylvannia Holdings, LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Assembly Tax 36 LLC
of Custodian and Secured Party 995608
POB 12225
Newark, NJ 07101-3411

Cary A. Lubetsky, Esq.
800 Brickell Ave., Suite 1501
Miami, FL 33131-3040

City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139-1824

Creative Directions, Inc.
c/o Raziel Ofer
942 Pennsylvania Ave.
Miami Beach, FL 33139-5416

DOT Construction
9311 SW 52nd Terrace
Miami, FL 33165-6519

Florida Fair Housing Alliance, Inc.
c/o The Law Offices of Jibrael S Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301-5000

G. Proulx, LLC
c/o Minerly Frein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432-2847

Great Waste & Recycling Service LLC
3051 NW 129th St.
Opa Locka, FL 33054-4924

Immokalee Real Estate Holdings LLC
c/o Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, FL 33133-3864

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service Centralized Insolve
Philadelphia, PA 19101-7346

J.E. Bley Overseas Trade South Florida
c/oDavid Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146-1817

Marjam Supply of Florida, LLC
c/o Malka & Kravitz, P.A.
1300 Sawgrass Corporate Parkway
Suite 100
Fort Lauderdale, FL 33323-2823

Miami Dade County Tax Collector (Windley)
200 NW 2nd Avenue, Suite 430
Miami, Florida 33128-1733

Miami-Dade Tax Collector
200 NW 2nd Ave.
Miami, FL 33128-1733

Mortgage Holdings 2018 LLC
c/o David Winker, Esq.
4270 S. LeJeune Road
Coral Gables, FL 33146

Mortgage Holdings 2018, LLC
c/o David Winker, Esq.
4720 S. Le Jeune Rd.
Coral Gables, FL 33146-1817

| | | |
|---|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Raz Ofer<br>c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | Robert Mendez<br>c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 |
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Steven D. Pals, Jr.<br>c/o Graham Legal, P.A.<br>Ponce Plaza, Suite 410<br>814 once de Leon Blvd.<br>Coral Gables, FL 33134-3049 | Steven H. Rothstein<br>City of Miami Beach<br>Office of the City Attorney, 4th Floor<br>1700 Convention Center Drive<br>Miami Beach, FL 33139-1819 |
| The Sherwin-Williams Company<br>2800 Century Parkway, NE<br>Suite 1000<br>Atlanta, GA 30345-3110 | V.A. Leasing Corporation<br>2100 N.W. 82nd Ave.<br>Miami, FL 33122-1507 | Barry E Mukamal<br>PO Box 14183<br>Fort Lauderdale, FL 33302-4183 |
| Barry E. Mukamal<br>KapilaMukamal, LLP<br>1000 S Federal Hwy, Ste 200<br>Fort Lauderdale, FL 33316-1237 | David Winker<br>4720 S LeJeune Rd<br>Coral Gables, Fl 33146 | John Lancet<br>Firm of HVS International<br>8925 SW 148 St #216<br>Miami, FL 33176-8084 |
| Mark S. Roher Esq.<br>Law Office of Mark S. Roher, P.A.<br>1806 N. Flamingo Road, Suite 300<br>Pembroke Pines, FL 33028-1032 | Raz Ofer<br>c/o David Winker, Esq.<br>4720 S. Le Jeune Rd.<br>Coral Gables, FL 33146-1817 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creative Directions Inc | (u)Immokalee Real Estate Holdings, LLC | (u)Marjam Supply of Florida, LLC |
| (u)Miami | (u)**DELETED PER DE#290**<br>Creative Directions, Inc. | (d)Immokalee Real Estate Holdings, LLC<br>c/o Sordo & Associates, P.A.<br>3006 Aviation Ave<br>Suite 2A<br>Coconut Grove, FL 33133-3864 |
| (u)Robert Mendez | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     7<br>Total               50 | |