**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

942 PENN RR, LLC,

    Debtor.

_____/

Case No.  22-14038-LMI

Chapter 11

**EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

**\*\*EMERGENCY HEARING REQUESTED\*\***

**Due to the urgent nature of this matter, undersigned requests that a hearing be set on this motion for December 14, 2022 at 2:30 p.m. along with other previously-scheduled matters.**

Mark S. Roher, Esq. and the Law Office of Mark S. Roher, P.A. ("Attorney") and pursuant to Local Rule 9075-1, files this Motion to Withdraw as Counsel for Debtor, as follows:

1. Irreconcilable differences between Attorney and one of the Debtor's principal Raz Ofer have arisen, making Attorney's continued representation of the Debtor impossible in this case.

2. Debtor's mailing address for service is c/o **Raziel Ofer**, 1434 Collins Ave., Unit 9, Miami Beach, FL 33139 [raz.ofer2@gmail.com] and c/o **Robert Mendez** [942penn@gmail.com], 3701 De Garmo Lane, Miami, FL 33133 and David Winker, Esq., Counsel for Robert Mendez [dwinker@dwrlc.com].

3. Accordingly, Attorney requests the entry of an order, on an emergency basis, granting his immediate withdraw from his representation of the Debtor in this matter.

4. Undersigned certifies that he reasonably that the Debtor will not agree to the relief requested herein and that he should therefore be excused from making a bona effort to resolve this matter without a hearing.

**WHEREFORE**, Mark S. Roher, Esq. and the Law Office of Mark S. Roher, P.A. respectfully request that the Court grant their immediate withdrawal from representation of the Debtor in this case and providing for such other relief as deemed appropriate under the circumstances.

Dated this 12th of December, 2022.

        **LAW OFFICE OF MARK S. ROHER, P.A.**
        *Counsel for Debtor*
        1806 N. Flamingo Road, Suite 300
        Pembroke Pines, Florida 33028
        Email:  mroher@markroherlaw.com
        Telephone:  (954) 353-2200

        By:   */s/ Mark S. Roher*
                 Mark S. Roher
                 Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th of December, 2022, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

        */s/ Mark S. Roher*
        Mark S. Roher

Scott N Brown on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com, jarrechavala@bastamron.com; snbrown@ecf.axosfs.com; F003@ecfcbis.com

Scott N Brown, Esq on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com, hharrison@bastamron.com; jmiranda@bastamron.com; kjones@bastamron.com; jleggett@bastamron.com

Heather A DeGrave on behalf of Creditor Marjam Supply of Florida, LLC
hdegrave@walterslevine.com, jduncan@walterslevine.com

Adrian C. Delancy on behalf of Creditor Immokalee Real Estate Holdings, LLC
adelancy@mrthlaw.com, ycandia@mrthlaw.com, gruiz@mrthlaw.com, ecfnotices@mrthlaw.com; mrthbkc@gmail.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Hayley G Harrison on behalf of Trustee Barry E Mukamal
hgerson@bastamron.com, jmiranda@bastamron.com;kjones@bastamron.com;mdesvergunat@bastamron.com

Jerry M Markowitz on behalf of Creditor Immokalee Real Estate Holdings, LLC
jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Kenneth L Minerley, Esq. on behalf of Creditor G. Proulx, LLC
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E. Mukamal
bemtrustee@kapilamukamal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jackson Pellingra on behalf of Creditor G. Proulx, LLC
jackson@minerleyfein.com

Dana R Quick on behalf of Trustee Barry E Mukamal
dquick@bastamron.com, jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Roniel Rodriguez, IV on behalf of Creditor 1560/1568 Drexel Avenue LLC
ron@rjrfirm.com

Mark S. Roher, Esq. on behalf of Debtor 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com; ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com; ECF2.markroherlaw@gmail.com

Alan R Rosenberg on behalf of Creditor Immokalee Real Estate Holdings, LLC
arosenberg@mrthlaw.com, gruiz@mrthlaw.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com,mrthbkc@gmail.com

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED
esilver@stearnsweaver.com, jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
David Winker on behalf of Plaintiff Creative Directions, Inc.
dwinker@dwrlc.com

David Winker on behalf of Stockholder Raz Ofer
dwinker@dwrlc.com

David Winker on behalf of Stockholder Robert Mendez
dwinker@dwrlc.com