**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

942 PENN RR, LLC,

      Debtor.

_____/

Case No.  22-14038-LMI

Chapter 11

**MOTION FOR SANCTIONS AGAINST RAZ OFER**
**FOR FRAUD UPON THE COURT BASED UPON MISREPRESENTATIONS**
**CONTAINED IN HIS RENEWED MOTION FOR RECONSIDERATION**

      Interested Party Mark S. Roher, P.A. ("Roher"), files this Motion for Sanctions Against Raz Ofer ("Ofer") for Fraud Upon the Court based upon Misrepresentations Contained in his Renewed Motion for Reconsideration Response to the Renewed Motion for Reconsideration (the "Motion") [ECF No. 1532], as follows:

**A.**    **Relevant Facts**

    1.    On August 10, 2022, Ofer purchased a Panerai watch (the "Watch") for Roher for $9,272.00 as set forth on the invoice (the "Invoice") attached hereto as Exhibit "A".

    2.    As set forth on the Invoice, the salesperson wrote that "Mr. Raziel Ofer paid for Mr. Mark Roher PAM01356."

    3.    On August 10, 2022, Roher sent a text message to Ofer via Whatsapp stating "Thanks for lunch and the watch," to which Ofer's response was "Great".  A copy of this Whatsapp exchange is attached hereto as Exhibit "B".

    4.    On September 1, 2022, in the abundance of caution and in compliance with the bankruptcy code and rules, Roher filed a Supplemental Disclosure of Compensation (the "Disclosure") [ECF No. 251] for the $9,272.00 value of the Watch.

5.      After the filing of the Disclosure, Roher emailed Ofer for the purpose of clarifying whether the Watch was a gift or compensation for legal services provided to the Debtor in this case and Ofer replied that "**It was a gift**".  A copy of this email exchange is attached hereto as <u>Exhibit "C"</u> (emphasis added).

6.       Nevertheless, on February 9, 2023, Ofer sent an email to the Florida Bar attaching his "Rebuttal of Mark S Roher Response, Florida Bar Case No. 2023-50,413(17H) along with a copy of the Invoice in which he completely fabricates the following delusional story:

> He had overseas friends from Canada and he wanted to impress them, he asked me to buy a $10k watch and let him have it while they were here saying he would give it back to me, which he never did, see attached invoice.  This thief is still keeping the watch refusing to return it.  I admit that at one point I gave him a cheap watch as a gift, but not $10k Panerai watch.

A copy of this correspondence is attached hereto as <u>Exhibit "D"</u>.

7.      On June 14, 2024, Ofer filed the Motion.

8.      While the Motion purports to attach a "Florida Short Form Individual Acknowledgment," it was signed by Ofer under penalty of perjury and was merely acknowledged.

9.      On page 2 of the Motion, Ofer fabricates a new delusional story about the Watch, for the very first time claiming that he purchased the Watch for Roher "on the condition that he would be paid back the sums shortly thereafter."

10.     Moreover, Ofer has deliberately made a material misrepresentation to this Court on page 2 of the Motion by stating that at the June 4, 2024 hearing, "**he did not previously mention the facts surrounding the watch and this was <u>new evidence</u>**." (emphasis added).

11.     While on June 17, 2024, the Court entered an Order Denying the Motion [ECF No. 1537], Ofer should nonetheless be sanctioned for his fraud upon this Court.

**B.**    <u>**Memorandum of Law**</u>

12.    Federal courts have the inherent power to regulate litigation and to sanction litigants for abusive practices. *Vargas v. Peltz*, 901 F. Supp. 1572, 1579 (S.D. Fla. 1995) (citing *Telectron, Inc. v. Overhead Door Corp.*, 116 F.R.D. 107, 126 (S.D. Fla. 1987); *see also Aoude v. Mobil Oil Corporation*, 892 F.2d 1115, 1118 (1st Cir. 1989) (District Court possesses the inherent power to deny court's processes to one "who defiles the judicial system by committing a fraud on the court"); *Sun World, Inc. v. Lizarazu Olivarria*, 144 F.R.D. 384, 389 (E.D. Cal. 1992) (district court has inherent power to impose sanction of dismissal or default judgment). The power of any court to manage its own affairs, which necessarily includes the authority to impose reasonable and appropriate sanctions on the parties to litigation before it, is deeply rooted in the common law tradition. *Malautea v. Suzuki Motor Co., Ltd*., 987 F.2d 1536, 1545-6 (11th Cir. 1993), *cert. den*., 114 S. Ct. 181, 126 L. Ed. 2d 140 (1993)).

13.    It is beyond any dispute that Ofer has committed a fraud upon this Court by falsely claiming that that the facts and circumstances surrounding the Watch was "new evidence," and that his version of the alleged facts set forth in the Motion are completely false fabrications. *See Aoude*, 892 F.2d at 1118 (cause of action dismissed for "fraud on the court" where plaintiff attached a bogus agreement to the complaint); *see also Pope v. Federal Express Corporation*, 138 F.R.D. 675 (W.D. Mo. 1990), *aff'd* in relevant part, 974 F.2d 982 (8th Cir. 1992) (plaintiff's action for sexual harassment dismissed where plaintiff manufactured alleged note containing improper remarks from supervisor).

14.    Indeed, Ofer's intentional misconduct in presenting patently false statements in the Motion mandate the imposition of sanctions, including the striking of any further pleadings filed by Ofer that are not signed under penalty of perjury.

**WHEREFORE,** Roher respectfully requests the entry of an order imposing sanctions upon Ofer, including the striking of any further pleadings filed by Ofer that are not signed under penalty of perjury and providing such further relief deemed necessary.

Dated this 17th day of June, 2024.

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Mark S. Roher, Esq.*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200

By:   */s/ Mark S. Roher*
        Mark S. Roher
        Florida Bar No. 178098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2024, a true and correct copy of the foregoing was served by CM/ECF, Email and U.S. Mail where indicated below:

*/s/ Mark S. Roher*
    Mark S. Roher

**CM/ECF**

Scott N Brown on behalf of Trustee Barry E Mukamal sbrown@bastamron.com, jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com

Scott N Brown, Esq on behalf of Other Professional Barry E. Mukamal, as Plan Administrator sbrown@bastamron.com, hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastamron.com

Scott N Brown, Esq on behalf of Plaintiff Barry E. Mukamal
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastam
ron.com

Scott N Brown, Esq on behalf of Trustee Barry E Mukamal sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastam
ron.com

Heather A DeGrave on behalf of Creditor Marjam Supply of Florida, LLC
hdegrave@walterslevine.com, jduncan@walterslevine.com

Adrian C. Delancy on behalf of Creditor Immokalee Real Estate Holdings, LLC
adelancy@mrthlaw.com,
ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com,msalazar@mrthlaw.com;
mrthbkc@gmail.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Hayley G Harrison on behalf of Trustee Barry E Mukamal hgerson@bastamron.com,
jmiranda@bastamron.com;kszolis@bastamron.com;mdesvergunat@bastamron.com;mdesvergun
at@bastamron.com

Ilyse M. Homer on behalf of Interested Party 942 Pennsylvania Owner LLC
ihomer@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Immokalee Real Estate Holdings, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,marko
witzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com,msalazar@mrthlaw.com

Meghan Elle Miller on behalf of Creditor G. Proulx, LLC
meghan@minerleyfein.com, ken@minerleyfein.com

Kenneth L Minerley, Esq. on behalf of Creditor G. Proulx, LLC ken@minerleyfein.com,
litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Other Professional Barry E. Mukamal, as Plan Administrator
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E. Mukamal bemtrustee@kapilamukamal.com

Kenneth D Murena on behalf of Other Professional Ramon Abadin, as Conservator kmurena@dvllp.com, lfd@dvllp.com;rsaetae@dvllp.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jackson Pellingra on behalf of Creditor G. Proulx, LLC
jackson@mkpalaw.com

Dana R Quick on behalf of Other Professional Barry E. Mukamal, as Plan Administrator
dquick@bastamron.com,
jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Dana R Quick on behalf of Plaintiff Barry E. Mukamal dquick@bastamron.com,
jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Dana R Quick on behalf of Trustee Barry E Mukamal dquick@bastamron.com,
jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Roniel Rodriguez, IV on behalf of Attorney Roniel Rodriguez ron@rjrfirm.com

Roniel Rodriguez, IV on behalf of Creditor 1560/1568 Drexel Avenue LLC
ron@rjrfirm.com

Mark S. Roher, Esq. on behalf of Attorney Mark Roher
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Interested Party Mark Roher
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Alan R Rosenberg on behalf of Creditor Immokalee Real Estate Holdings, LLC

arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,msalaz
ar@mrthlaw.com

Steven H. Rothstein on behalf of Attorney City of Miami Beach, Florida
steverothstein@miamibeachfl.gov

James Schwitalla, Esq on behalf of Creditor V.A. Leasing Corporation
jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernand
ez@stearnsweaver.com

Peter D. Spindel on behalf of Interested Party Robert Mendez as 50% Shareholder in 942 Penn
LLC
peterspindel@gmail.com, peterspindelcmecf@gmail.com

David Winker on behalf of Attorney David Winker dwinker@dwrlc.com

David Winker on behalf of Creditor Creative Directions Inc dwinker@dwrlc.com

David Winker on behalf of Defendant Creative Directions, Inc. dwinker@dwrlc.com

David Winker on behalf of Interested Party Robert Mendez dwinker@dwrlc.com

David Winker on behalf of Plaintiff Creative Directions, Inc. dwinker@dwrlc.com

**Email:**

Raz Ofer – raz.ofer2@gmail.com

B- 2/6  ENT- 2718.44

# PANERAI

P 244 179,76

EXHIBIT "A"

P-2/6-865.81

**Purchased by:**
Mr. Mark Roher
1806 N Flamingo Rd
Suite 300
Pembroke Pines, FL 33028-1026
USA

Invoice number          : 305402220810004
Sold by                 : Ioana Chiru

*Client copy*

| | Quantity | Total Amount | Tax Amount |
|---|---|---|---|
| LUM 44 MARINA P9010 ESTE PET GRN | 1 | 8,700.00 | 572.00 |
| REFERENCE: PNPAM01356 | | | |
| INDIVIDUAL NUMBER: OP7533BB2044035 | | | |

| | | |
|---|---|---|
| Subtotal | | 8,700.00 |
| Tax | | 572.00 |
| Total | | 9,272.00 |

Panerai sells luxury products representing a substantial investment for Panerai and its customers that is carefully considered on both sides. We therefore do not allow returns or refunds for any reason. We do not offer or allow store credit on returns or other forms of refunds. Defective merchandise will be exchanged within 30 days of purchase only with an original receipt. The details of that exchange are at our sole discretion and may be limited by various factors including inventory that is available.

| Means of Payment | Mastercard Offline | Amt. | 9,272.00 |
|---|---|---|---|

Mr. Raziel Ofer  paid for Mr. Mark Roher

PAM 01356 (model uber)

CC ██████████████ 9872

valid █████████

IOANA

786-7

Panerai B

9700 Collins Avenue - Bal Harbour - Florida 33154
Thank You for Your Visit.

MIAMI DESIGN DISTRICT

www.panerai.com

WhatsApp - Raz Ofer

# EXHIBIT "B"

8/9/22

Just got up, call me.
10:44 AM

Ok I'm on a call
10:44 AM

Just emailed questions to Rodriguez. Might add a few questions later
3:36 PM

Ok
3:36 PM

Look at the email I just sent, I spoke to Barry, I was right.....
6:52 PM

8/10/22

Im on my way
10:34 AM

Depo is set for 1 pm
12:06 PM

We can go to bal harbor after
12:09 PM

Home address
1:07 PM

So you were supposed to pay me $50,000 today.  Please let me know when this will be done
8:22 PM

I need a few more days due to an overseas wire, will pay it.
8:25 PM

Ok boss
8:25 PM

Thanks
8:25 PM

You must trust me, i like you.
8:26 PM

Ok
8:35 PM

Thanks for lunch and for the watch
8:40 PM

Great
8:41 PM

8/11/22

The watch is selling for $700 more on Chrono24
8:06 AM

Missed voice call at 10:57

# EXHIBIT "C"

**mroher@markroherlaw.com**

---

| | |
|---|---|
| **From:** | mroher@markroherlaw.com |
| **Sent:** | Thursday, September 1, 2022 11:22 AM |
| **To:** | 'Raz Ofer' |
| **Subject:** | RE: FW: Ch-11 22-14038-LMI Disclosure of Compensation of Attorney for Debtor 942 Penn RR, LLC |

Thanks.  We can reconcile everything later.  I would rather over disclose to the court.

**Mark S. Roher, Esq.**
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road, Suite 300
Pembroke Pines, FL 33028
Phone:  (954) 353-2200
Fax:  (877) 654-0090
Email:  mroher@markroherlaw.com
Web:  www.markroherlaw.com






**Please consider the environment before printing this e-mail.**

**CONFIDENTIALITY NOTE**
The information contained in this electronic mail transmission and its attachments may be confidential and protected from disclosure. If the reader of this message is not the intended recipient (or an individual responsible for delivery of the message to such person), you are strictly prohibited from copying, disseminating or distributing this communication. If you have received this communication in error, please notify the sender immediately and destroy all electronic, paper or other versions. The sender does not waive confidentiality in the event of any inadvertent transmission to an unauthorized recipient. No representation is made by the sender that this communication is virus-free. The recipient alone is responsible for taking appropriate measures to ensure that the e-mail is virus-free.

**From:** Raz Ofer <raz.ofer2@gmail.com>
**Sent:** Thursday, September 1, 2022 11:21 AM
**To:** Mark S. Roher, Esq. <mroher@markroherlaw.com>
**Subject:** Re: FW: Ch-11 22-14038-LMI Disclosure of Compensation of Attorney for Debtor 942 Penn RR, LLC

==It was a gift.==

On Thu, Sep 1, 2022 at 11:00 AM <mroher@markroherlaw.com> wrote:

==I am not sure if the watch was a gift or payment, but I disclosed it as a payment just to be safe.  We will reconcile everything at a later date.==

**Mark S. Roher, Esq.**

Law Office of Mark S. Roher, P.A.

1806 N. Flamingo Road, Suite 300

Pembroke Pines, FL 33028

Phone:  (954) 353-2200

Fax:  (877) 654-0090

Email:  mroher@markroherlaw.com

Web:  www.markroherlaw.com



 

**Please consider the environment before printing this e-mail.**

**CONFIDENTIALITY NOTE**

The information contained in this electronic mail transmission and its attachments may be confidential and protected from disclosure. If the reader of this message is not the intended recipient (or an individual responsible for delivery of the message to such person), you are strictly prohibited from copying, disseminating or distributing this communication. If you have received this communication in error, please notify the sender immediately and destroy all electronic, paper or other versions. The sender does not waive confidentiality in the event of any inadvertent transmission to an unauthorized recipient. No representation is made by the sender that this communication is virus-free. The recipient alone is responsible for taking appropriate measures to ensure that the e-mail is virus-free.

**From:** FLSB_ECF_Notification@flsb.uscourts.gov <FLSB_ECF_Notification@flsb.uscourts.gov>
**Sent:** Thursday, September 1, 2022 10:57 AM
**To:** Courtmail@flsb.uscourts.gov
**Subject:** Ch-11 22-14038-LMI Disclosure of Compensation of Attorney for Debtor 942 Penn RR, LLC

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Filing

The following transaction was received from Mark S. Roher entered on 9/1/2022 at 10:56 AM EDT and filed on 9/1/2022

**Case Name:**          942 Penn RR, LLC
**Case Number:**      22-14038-LMI
**Document Number:** 251

**Docket Text:**
*Supplemental* Disclosure of Compensation by Attorney Mark S. Roher Esq.. (Roher, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** supp 2016 .pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=9/1/2022] [FileNumber=55061966-0
] [6f522f81a49d8404f10b5a9746e665995048cdff4dd0f88e484113e3ec20dc90fe9
9bec1a26293f67b63cac9fa77fd46edfdc12d793eadcbd6a09efb0be125b7]]

**22-14038-LMI Notice will be electronically mailed to:**

Scott N Brown on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com, jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com

Scott N Brown, Esq on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com;jleggett@bastamron.com

Heather A DeGrave on behalf of Creditor Marjam Supply of Florida, LLC
hdegrave@walterslevine.com, jduncan@walterslevine.com

Adrian C. Delancy on behalf of Creditor Immokalee Real Estate Holdings, LLC
adelancy@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Hayley G Harrison on behalf of Trustee Barry E Mukamal
hgerson@bastamron.com,
jmiranda@bastamron.com;kjones@bastamron.com;mdesvergunat@bastamron.com;mdesvergunat@bastamron.com

Jerry M Markowitz on behalf of Creditor Immokalee Real Estate Holdings, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Kenneth L Minerley, Esq. on behalf of Creditor G. Proulx, LLC
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E. Mukamal
bemtrustee@kapilamukamal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jackson Pellingra on behalf of Creditor G. Proulx, LLC
jackson@minerleyfein.com

Dana R Quick on behalf of Trustee Barry E Mukamal
dquick@bastamron.com,
jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Roniel Rodriguez, IV on behalf of Creditor 1560/1568 Drexel Avenue LLC
ron@rjrfirm.com

Mark S. Roher, Esq. on behalf of Debtor 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Alan R Rosenberg on behalf of Creditor Immokalee Real Estate Holdings, LLC
arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David Winker on behalf of Plaintiff Creative Directions, Inc.
dwinker@dwrlc.com

David Winker on behalf of Stockholder Raz Ofer
dwinker@dwrlc.com

David Winker on behalf of Stockholder Robert Mendez
dwinker@dwrlc.com

**22-14038-LMI Notice will not be electronically mailed to:**

John Lancet
Firm of HVS International
8925 SW 148 St #216
Miami, FL 33176

Miami Dade County Tax Collector (Windley)
c/o Priscilla A Windley
200 NW 2nd Avenue, Suite 430
Miami, FL 33128

---

 Virus-free.www.avast.com

# EXHIBIT "D"

**mroher@markroherlaw.com**

---

| | |
|---|---|
| **From:** | Raz Ofer <raz.ofer2@gmail.com> |
| **Sent:** | Thursday, February 9, 2023 11:48 AM |
| **To:** | acapintake@floridabar.org; Raz Ofer; Mark S. Roher, Esq. |
| **Subject:** | Rebuttal to Mark S Roher Response, Florida Bar Case No. 2023-50, 413(17H) |
| **Attachments:** | Roher - Police Report 70.docx; Roher - Police Report 55.pdf; Panerai.pdf; statement_May,2022.pdf; statement_Jun,2022.pdf; statement_Jul,2022.pdf; statement_Aug,2022.pdf; statement_Apr,2022.pdf; Roher - Rebuttal.docx |

Dear Mr Leon,

Mr Roher is copied, as per your instructions.

Attached is my rebuttal to his libellous response, including all CC statements and a copy of the police report against him, which is being investigated by the State Attorney. He is asking me to stop the creiminal investigation, it can't be done and I would never do it.

**He knows he is going to be disbarred.**

Attached is CC Statements for Apr, May, June, July & Aug 2022 showing all the transactions he forged my signature on Citi Master Card Ending with 9110.

Forging transactions on CC transactions is criminal, they can't be settled by him forcing me to sign a settlement agreement which also says that I'm not allowed to file a Bar complaint....

I sent him these statements before. Anyway he is not denying he forged my signature on many transactions, just that he believes I owe him money.

This complaint is about the money he stole, his response is libellous.

My detailed rebuttal is attached.

Please feel free to call or email me if you need something else.

Raz

1

Raz Ofer

Paramount Miami World center

O851 NE 1st Ave

Miami, FL  33132


Re: Rebuttal Of Mark S Roher Response, Florida Bar Case No. 2023-50,413(17H)


Dear Mr Leon,


Below is my detailed response to Mr Roher fabricated replies. An interesting point is that Mr Roher does not even attempt to deny that he forged my signature on all these transactions, some of them are in Davie, a place I don't even know where it is. Only today I asked my other Lawyer whom I work for many years where is Davie, he said this is where Roher lives, he smiled…..


As a background, my profession is IT, after graduation I used to work for the biggest IT companies in the world, like Accenture in NY (the biggest software house in world), then British Airways (BA) offered me to work for them in London. I agreed to move to London to work for BA as BA was the first company to develop software, with IBM, for TPF, an IBM mainframe platform only used by big companies, like Banks, Airlines as they need to support complex communication networks. I specialize in TPF and at the time I had a worldwide reputation in TPF. Although I'm not involved with IT for many years, IBM still invites me to speak in their conferences worldwide, in the last few years I declined these invitations as I no longer involved with TPF, it changes rapidly.


As far as my conviction, it seems that since Mr Roher can't deny that he forged his signature, then he is bringing this irrelevant issue.

Although irrelevant, I did stop a check to Home Depot due to a commercial dispute, the stuff they delivered was mainly defective or never delivered. I offered Home Depot, in writing, to pick up the staff but they refused. It wasn't that I got the staff and wanted to keep it without paying.


It looked to me and my Lawyer, a prominent Criminal Lawyer, Mike Grieco, that Home Depot had a contact at the State Attorney.

The only witness they had was someone from Home Depot, after Grieco deposed him, Home Depot withdrew him as a witness as he can't prove what they claimed…..Si0nce his withdrawal they asked for numerous continuances due to lack of witnesses,  the Judge gave them the last extension before he dismisses the case.

The State Attorney then admitted they've no witnesses but said they want a trial, knowing I can't take even 1% chance of going to prison. They said that only the police defective would testify, but no witnesses from Home Depot.

Mike Grieco told me, as he told the press, that this is a civil matter, he believed that he can destroy them in 20 minutes if we go to trial. However, he said, he thinks 99% it'll be fine but in trial I have 1% risk of things going wrong. At this stage I told him then do a plea as I can't afford to go toprison, even for a day. It was clear the State Attorney didn't want to lose face.

Mr Roher is such a liar and a despicable character, as on the record he told Judge Isicoff that this is nonsense, a stopped check due to commercial dispute, he said it as the other party brought it up. Judge Isicoff was quick to say that this is nonsense, and she didn't want to hear about it. She was super upset with the other party for bringing it up and wasting her time.

Mr Roher is saying that I lied under oath, this is libellous and I'll now sue him for it, why didn't he resign after I 'lied'…..It is incredible how many lies one can say. He said that I tried to extort the Judge with recusal motions mentioning the FBI. In fact, he is the one that wrote for me the recusal motions, saying he thinks 'we are' fighting a mafia…..More serious, he told Judge Isicoff in May 2022 that there a criminal investigation by the FBI about these cases, he said it on the record. The Court told him I hope you verified what you just said, he replied I did. He had an affidavit from a member of the Bar confirming a meeting with the FBI which I attended and invited the other lawyer.

See below, the FBI investigation is true.

I never extorted him, see below, all I said is 150% true, he forged my signature and went on a shopping spree as he desperately needed money.

He is trying to say that because he claims I allegedly owe him money than he is allowed to forge my signature and steal money from my CC. If he believes that I owe him money than surely he can go to Court, but not forge my signature.

No one can now stop the State Attorney investigation.

Mr Roher is saying repeatedly that he thought I was his friend and he wanted to be my friend, now as an ex-lawyer he would say anything as he knows he'll be disbarred and convicted for his crimes.

It was only a month ago that he texted me asking me to buy his wife, for her Birthday, a Cartier necklace.

He had overseas friends from Canada and he wanted to impress them, he asked me to buy a $10K watch and let him have it while he they were here saying he would give it back to me, which he never did, see attached invoice. This thief is still keeping the watch refusing to return it. I admit that at one point I gave him a cheap watch as a gift, but not $10K Panerai watch.

I'm an investor in Miami, I've bigger operation in NYC, I invested here tens of millions of dollars and created over 150 jobs, so 150 families relied on me for their income. I regularly donate money to homeless people charities and other charities close to my heart, I never discuss it.

Roher is saying that I had bad relations with all lawyers I worked with, this is an incredible big lie. I worked with some of the biggest  law firms in the world, in both NYC, Miami and LA, such as Greenberg Traurig, Gray Robinson, Hughes Hubbard & Reed (they also represent the White House in some cases), Cozen O'connor, I never had any issues whatsoever with them, I was a big client of them and some of their senior partners are personal friends of mine.

When Roher is saying that he spoke at the hearing after he withdrew about my character and the alleged reasons why 'he withdrew', I'll only say that I asked the Judge to respond and she said no, what he says is nonsense, she smiles, like saying I know him. He than filed an outrageous motion about me asking for an 'urgent hearing', Judge Isicoff made it clear that she'll never arrange a hearing on his motion…..

At the first hearing when Judge Isicoff appointed a trustee, I gave Roher a check for $47K to put in his escrow money, so that he could give it to the trustee. When he gave it to the trustee, Mr Mukamal, the trustee said in front of the Judge, 'how comes you gave me a check from your business account when this money should be in your escrow account? Mr Roher had no answer but toldMukamal lets discuss it outside. When we went outside, Roher said that he made a mistake and agreed that the money should have been kept in his escrow account, he apologized to Mukamal, I thought what he did is very serious. I knew that Roher had financial problems, he hardly have any clients, and the few clients he has are leaving him after he starts cursing them.  He suffers from serious mental issues. Very ofter when I called him in the morning he told me that he can't speak as he feels suicidal, I was worried but I didn't have his wife's cell.

He regularly called me in the middle of the day asking me to go with him to a strip club, I never did, I always replied that I've work to do, I never go to clubs, etc during working hours. This guy is at hime most of the day.

Roher is saying that he would take a urine test to prove he's not smoking Cockaine... I once invited him and another Lawyer of mine, David Winker, to watch a Hockey game in Tampa. We went to a club in the evening, he was badly shaken, it looked like he was smoking Cockaine.

Interesting that he isn't denying that he's smoking Weed, he even said it to Judge Isicoff at a hearing, the Judge was screaming at him, Mr Roher you know that weed is illegal in Florida, she repeated it twice, she became red, Roher responded that he only smokes weed socially.....

I don't know any Lawyer that smokes weed, I think that a lawyer that smokes weed can not be a lawyer, regardless of whether it's legal or not.

Contrary to what he says, I did email him and showed him the statements of the CC accounts, I attach it again to this rebuttal. Roher isn't trying to say that he did not forge my signature on the transactions I specified as forged by him, but saying he offered to give me a credit for these criminal transactions......So he admits he forged my signature on all these transactions, he is not denying even one of the transactions.

I deny I owe him any money, I'm suing him for malpractice for damages of $8M. I told him that 2 properties of mine have a small fraudulent loans around $250Kand I said that my foreclosure lawyer, who is also happened to be Suarez's (Miami Mayor) Lawyer, told me not to dare filing for BK, as I could end up with a trustee and this will be a nightmare.....My foreclosure Lawyer even call Roher and told him that these properties are not bankrupt, the opposite and he must not file for BK as this would cause Raz huge problems, but Roher emailed him and me that he (Eddy) isn't a BK Lawyer therefore he ignores him and he'll file for BK. For some strange reason I believed Roher.

When Judge Isicoff appointed a trustee, Roher asked my other Lawyer, David Winker (David), if Raz would sue him for malpractice., David told Roher to ask me. Regardless, the malpractice is irrelevant to this complaint, this matter will be dealt with by the Court.

As to the cases he represented me (by saying me I mean my entities), Roher repeatedly told me that he believes that the other party and Judge Isicoff are acting like a mafia, he said it repeatedly in front of other people.

I confirm that Judge Isicoff is under criminal investigation by the FBI, see the below link to a video on YouTube, this video was approved by the FBI. If necessary, I could let you have the name of one of the special agents involved in the investigation, on the condition that you won't disclose it.

[Judicial Corruption in Miami: EEUU. The Scandalous Truth | Detective Angel - YouTube](#)

Both of my properties before Judge Isicoff worth $30M, unfortunately, the decisions are absurd. It all started by a secret recording of the other party in a public place without expectation of privacy, so it is legal, Stuart Kalb & Roniel Rodriguez, admitting they committed a 'Grand Theft' and clearly implicating Judge Isicoff with their actions. Anyway, this is completely irrelevant to the Bar complaint against Roher, this guy is trying to avoid the serious issues of forging my signature on the transactions I attached. Judge Isicoff blames me for the criminal investigation. I think her attitude is now changing.

As far as what Roher is saying about his discussions with Robert Mendez, these are blunt lies, no wonder Roher doesn't have any emails or correspondence to prove what he is saying. In fact, Robert is praying for Roher to be disbarred and to face criminal charges. Robert is helping me with the criminal complaint. In fact, yesterday and today Roher called Robert 3 times and Robert would not take his calls, not to mention that Roher called me yesterday 5 times, time after time, I refused to take his calls. This was after I told him not to email or call me anymore, this is harassment.

Roher claims to have filed a criminal claim against me for 'extortion'. In fact, Mr. Roher is already being investigated by the State Attorney for forging my signatures on CC transactions, see attached police report.

The definition of extortion based on the Statute 'is when one is making false accusations or malicious accusations to benefit themselves'. In this case I told him that he forged my signature and I'll have to report it to the police. These are not malicious threats, it's TRUE.

At one point Roher told me that if I file a police report he'll make up a police report against me…..This makes his situation even worth. What Roher did is an extortion, the State Attorney is fully aware of it.

As far as what Roher claims to be settlement, the first one wasn't signed by Robert Mendez and it was under duress. The second one Mr Roher that I sign it at 2:25PM when a hearing to approve a plan was at

2:30Pm, otherwise he wouldn't go to the hearing…..The so called agreement only mentions a discover CC, when all the transaction that he forged my signature are on Citibank master card ending in 9110. Regardless, there can be no settlement in retrospect to agree to forged transactions, this is criminal and Roher must face the consequences.

At the hearing on 2/3/2023, Judge Isicoff told me that I've told you numerous times that you need a lawyer, she referred to the fact that Roher is not a competent Lawyer, they all know about his mental condition, everybody in the Court room laughed when she said it.

I'm told that what he said in Court after I said that I agree to his withdrawal was a Bar ethical violation, he mentions it in his response, this is a complete fabrication, he resigned as I didn't agree to assure him that I'll not use the forged signatures on my CC.

If what he is saying about me is true, then why he said he thought we were friends and why didn't he resign immediately…….

He did tell me that the stuff he bought with my CC he then sold as he needed money urgently. He's repeatedly calling me as he knows he is going to be disbarred. If he loses his license it is a small issue compare to the State Attorney investigation against him.

I never agreed for him to use my CC to pay for a BK conference, he goes there for networking. For him to say that I agreed to pay is serious, he's implying that because he drinks Whisky with the Judges husband, then I should pay for this weekend. He said that because he drinks with the Judge's husband he talks to him about the cases and her husband pass to ho her what he needs…..He is telling everybody that he can influence the Judge, so that people retain him…..This is like saying that he can bribe the Judge, this by itself seems like a Bar violation. I can prove the above as he said it in front of other people.

At one point Judge Isicoff was very upset when I brought up the issue of the investigation, she didn't think what she said. At the following hearing, she said I know very well how smart you are.

At one hearing, she stopped the hearing and told me I'm going to sing you a song in Hebrew, she did, it was a kids song, I knew the song, I asked her how do you know this song, she said I wanted to let you know that I went to Hebrew School as a kid…..In fact, Mr Roher always said that it seems to him that she likes me, he repeatedly said it in front of other people.

Mr Roher is a pathological or professional liar, he will do anything to save his Law license and not to go to prison, it is too late for him.

When the trustee was appointed, the first thing he told me was that Roher isn't a 'Lawyer'……

This Bar complaint is about the forged signatures on my CC transactions, his attempt to turn it a personal issue is pathetic. He never says I didn't forge the signatures in these transactions, I attach the CC statements and gave it to him before, also all transactions are on the Bar complaint and he has all the receipts….

I'm going to file a motion ordering him not to call or email myself or Robert Mendez, we're really worried, as this guy has a serious mental issue, he is also bi polar, he smokes drugs, he drinks and he carried a loaded gun, this guy I'm worried can shoot someone.

Respectfully Submitted

Raz Ofer