UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



In re:

942 PENN RR, LLC,

BK Case No. 22-14038-LMI

Chapter 11

Debtor.
_____/

## OFER'S MOTION FOR MODIFICATION OF THE COURT'S JAN. 19, 2024 ORDER SETTING FURTHER FILING RESTRICTIONS

Defendant, Raz Ofer ("Ofer" or "Defendant"), proceeding pro se seeks a modification of the Court's Jan. 19, 2024 Order Setting Further Filing Restrictions [ECF No. 1252]. In support, Defendant states:

1. Due to the various filings made by Ofer, the Court has set restrictions on the manner in which pleadings, motions or other filings must be submitted to the Court.

2. In particular, due to Ofer not being within the country, this Court previously ordered that "any further documents submitted by Mr. Ofer will have to be notarized by an American official or accompanied by an Apostille. Otherwise the Court will assume the signature on the document is not Mr. Ofer's signature and it will not be accepted for filing."

3. This was based on the belief that Ofer was not signing his documents.

4. Ofer is somewhat limited in having documents timely delivered to the Court in a manner which is feasible and must use courier services for persons filing the documents.

5. Further, in response to Amended Motion (1540 Motion For Sanctions Against Raz Ofer for Fraud Upon This Court) Filed by Interested Party Mark Roher [ECF No. 1541], this court added further restrictions based upon the allegations of misrepresenting facts to the Court.

6. On June 20, 2024, the Court entered its Order Granting In Part And Denying In Part Amended Motion for Sanctions Against Raz Ofer for Fraud Upon the Court Based Upon Misrepresentations Contained in His Renewed Motion for Reconsideration [ECF No. 1546].

7. Contained in that order, the Court now requires that "Ofer must include a certification by Mr. Ofer, directly above his signature, that he certifies, under penalty of perjury, that all facts set forth in the filing are true."

8. Based on the various orders historical context, Ofer can be better served with certifications and other verifications which are statutorily available to Ofer.

9. Pursuant to 28 U.S.C. §1746, "Wherever, under any law of the United States or under any rule, regulation, **_order,_** or requirement made pursuant to law, **_any matter is required_** or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (**_other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public_**), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person

which is subscribed by him, as true under penalty of perjury, and dated" [emphasis added].

10. The requirements of this Court as to Ofer attesting his documents under penalty of perjury or requiring a notary may be properly accomplished under this statute.

11. It must be noted that the same may be used in place of a notary by its plain language which excludes its use when "an oath required to be taken before a specified official *other than a notary public."*

12. Further, the statement maybe used by a person outside the United States by its plain language where the requirement is stated "If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date)." 28 U.S.C. §1746(1).

13. The statement can be used to support factual statements in a motion or in lieu of an affidavit which is notarized. *Dotson v. Faulkner*, 2024 WL 808899, 2024 U.S. Dist. LEXIS 33132 (E.D. Wis. February 27, 2024)( If the statute is complied with, a party's unsworn declaration serves as the equivalent of an affidavit).

14. Accordingly, Ofer seeks a modification of the procedures to accommodate 28 U.S.C. §1746 where he is required to attest to facts represented in his motion under penalty of perjury and obtain a notary, or alternatively in lieu of a notary.

I HEREBY CERTIFY THAT THE FOREGOING FACTS ARE TRUE, CORRECT AND COMPLETE UNDER PENALTY OF PERJURY.

/s/ _____

Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __24__ day of June 2024, a true and correct copy of the foregoing was served by email on all parties listed below.

/s/ _____

Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133

Mark Stuart Roher
Law Office of Mark S. Roher, P.A.
150 S. Pine Island Road, Suite 300
Plantation, FL 33324
United Sta
9543532200
Fax: 8776540090
Email: mroher@markroherlaw.com


Scott Neil Brown
Bast Amron LLP
Suntrust International Center
1 S.E. 3rd Avenue - #1440
Miami, FL 33131
305-379-7904
Fax: 305-379-7905
Email: sbrown@bastamron.com

**FLORIDA SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT**
**F.S. 695.25**

State of Florida

County of __Broward__

By means of Online Notarization

The foregoing instrument was acknowledged before me this ____24____ day
*Date*
of ____June____, __2024__,
*Month*    *Year*
by ____Raziel Ofer____,
*Name of Person Acknowledging*

who is personally known to me or who has produced ____Passport - Israel____

*Type of Identification*

as identification.

*Alexei Staikidis*
*Signature of Notary Public*

Alexei Staikidis
*Name of Notary Typed, Printed or Stamped*

Notary Public — State of Florida

Notarized online using audio-video communication

Alexei Staikidis
Electronic Notary Public
State of Florida
Commission #: HH036427
Commission Expires: 08/25/2024

*Place Notary Seal Stamp Above*

———————— **OPTIONAL** ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5181