UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JUN 2 4 2024

FILED

In re:

942 PENN RR, LLC,

BK Case No. 22-14038-LMI

Chapter 11

Debtor.
_____/

## OFER'S MOTION TO RECONSIDER VEXATIOUS LITIGANT DESIGNATION

Defendant, Raz Ofer ("Ofer" or "Defendant"), proceeding pro se seeks to have the Court consider his status as a vexatious litigant in the instant matter. In support, Defendant states:

1. Due to the various filings made by Ofer, the Court has set restrictions on the manner in which pleadings, motions or other filings must be submitted to the Court.

2. In conjunction with such a designation, the Court has also previously declared Ofer to be a vexatious litigant for vigorously asserting his rights and protecting his equity interests in this matter.

3. Due to the very nature of the matter, which was brought about by the wholly improper recommendation by former counsel Mark Roher, to bring a bankruptcy proceeding under Chapter 11 when the debtor was a completely profitable business capable of paying its debts from cash flow, the responses and actions taken by him under the belief that he was wronged are understandable.

4. Ofer, who has participated in many litigations before the state court of New York with a remarkable litigation record of always being the prevailing party has never had such a designation thrust upon his person.

5. As a pro se litigant, Ofer is presenting his arguments on the basis of how he understands the arguments need to be framed.

6. While not pled in the most artful manner, they are still sound in the factual arguments made and legally supported by cases at the state and federal level.

7. District courts "have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *Procup v. Strickland*, 792 F.2d 1069, 1073 (11th Cir. 1986) (en banc).

8. "Frivolous and vexatious lawsuits threaten the availability of a well-functioning judiciary to all litigants." *Miller v. Donald*, 541 F.3d 1091, 1096 (11th Cir. 2008). Thus, a litigant's constitutional right of access to the courts may be counterbalanced by the traditional right of courts to manage their dockets and limit abusive filings. *Cofield v. Ala. Pub. Serv. Comm'n*, 936 F.2d 512, 517-18 (11th Cir. 1991); see also *Johnson v. 27th Ave. Caraf, Inc.*, 9 F.4th 1300, 1317 (11th Cir. 2021) ("[F]ederal courts can protect their dockets from abuse by frequent filers so long as the measures taken are a reasonable response to the abuse and access to the courts is not entirely foreclosed.").

9. Judges have broad discretion to address vexatious litigants in their courts. For example, the court has "the ability to strike pleadings, impose monetary sanctions, impose pre-filing screening requirements, and the power of

contempt." *Ho v. Warren*, 8:21-cv-2621-TPB-CPT, 2021 U.S. Dist. LEXIS 225689, 2021 WL 5494374, at *2 (M.D. Fla. Nov. 23, 2021).

10. In determining whether an alleged vexatious litigant's conduct is sufficient to justify entry of an injunction against him, the following factors provide guidance, (1) the litigant's history of litigation and in particular whether it entailed vexatious, harassing or duplicative lawsuits, (2) the litigant's motive in pursuing the litigation, e.g. does the litigant have an objective good faith expectation of prevailing, (3) whether the litigant is represented by counsel, (4) whether the litigant has caused needless expense to other parties or has posed an unnecessary burden on the courts and their personnel, (5) whether other sanctions would be adequate to protect the courts and other parties. *Ray v. Lowder*, No. 5:02-CV-316-OC-10GRJ, 2003 U.S. Dist. LEXIS 17681, 2003 WL 22384806, at * 2 (M.D. Fla. Aug. 29, 2003) (footnotes omitted).

11. This Court has provided itself with safeguards by the restrictions placed upon Ofer in pleading requirements, which Ofer has met consistently.

12. Ofer continues to defend his rights with vigor and believes that the Court mistakes this vigor for frivolity in filings.

13. Accordingly, Ofer seeks a reconsideration in the designation for vexatious litigant be removed from his person.

I HEREBY CERTIFY THAT THE FOREGOING FACTS ARE TRUE, CORRECT AND COMPLETE UNDER PENALTY OF PERJURY.

/s/ _____
Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __24__ day of June 2024, a true and correct copy of the foregoing was served by email on all parties listed below.

/s/ _____
Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133

Mark Stuart Roher
Law Office of Mark S. Roher, P.A.
150 S. Pine Island Road, Suite 300
Plantation, FL 33324
United Sta
9543532200
Fax: 8776540090
Email: mroher@markroherlaw.com


Scott Neil Brown
Bast Amron LLP
Suntrust International Center
1 S.E. 3rd Avenue - #1440
Miami, FL 33131
305-379-7904
Fax: 305-379-7905
Email: sbrown@bastamron.com

**FLORIDA SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT**
**F.S. 695.25**

State of Florida

County of ___Broward___

By means of Online Notarization

The foregoing instrument was acknowledged before me this _____24_____ day
*Date*
of _____June_____, __2024__,
*Month*   *Year*
by _____Raziel Ofer_____,
*Name of Person Acknowledging*

who is personally known to me or who has produced ___Passport - Israel___

_____
*Type of Identification*

as identification.

*Alexei Staikidis*
_____
*Signature of Notary Public*

Alexei Staikidis
_____
*Name of Notary Typed, Printed or Stamped*

Notarized online using audio-video communication

Alexei Staikidis
Electronic Notary Public
State of Florida
Commission #: HH036427
Commission Expires: 08/25/2024

Place Notary Seal Stamp Above

Notary Public — State of Florida

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5181