**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

942 PENN RR, LLC,

Debtor.

_____/

Case No. 22-14038-LMI

Chapter 11

**EX-PARTE MOTION FOR AUTHORITY TO**
**APPEAR REMOTELY AT JULY 19, 2024 HEARINGS**

Interested Party Mark S. Roher, P.A. ("Roher"), files this ex-parte motion to appear remotely at the hearings scheduled for July 19, 2024 at 1:30 p.m., as follows:

1. There are several matters scheduled for July 19, 2024 at 1:30 p.m.

2. Roher lives in Naples, Florida and it will be cost prohibitive for him to spend what will likely be at least 6 hours of unpaid time to travel both ways to appear live in person.

3. Presumably, the Court will be allowing Raz Ofer to appear remotely at the hearings, as it has done throughout this case.

4. Accordingly, Roher respectfully maintains that under the circumstances, it would fair, just and appropriate for the Court to allow him to likewise appear remotely for the July 19, 2024 hearings.

**WHEREFORE** Roher respectfully requests the entry of an order authorizing him to appear remotely at the July 19, 2024 hearings and providing such further relief deemed necessary.

Dated this 17th day of July, 2024.

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Mark S. Roher, Esq.*
1806 N. Flamingo Road, Suite 300
Plantation, Florida 33028
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200

By: */s/ Mark S. Roher*
      Mark S. Roher
      Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2024, a true and correct copy of the foregoing was served by CM/ECF, Email and U.S. Mail where indicated below:

/s/ Mark S. Roher
Mark S. Roher

**CM/ECF**

Scott N Brown on behalf of Trustee Barry E Mukamal
sbrown@bastamron.com,
jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com

Scott N Brown, Esq on behalf of Other Professional Barry E. Mukamal, as Plan Administrator
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastamron.com

Scott N Brown, Esq on behalf of Plaintiff Barry E. Mukamal
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastamron.com

Scott N Brown, Esq on behalf of Trustee Barry E Mukamal sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kszolis@bastamron.com;jleggett@bastamron.com

Heather A DeGrave on behalf of Creditor Marjam Supply of Florida, LLC
hdegrave@walterslevine.com, jduncan@walterslevine.com

Adrian C. Delancy on behalf of Creditor Immokalee Real Estate Holdings, LLC
adelancy@mrthlaw.com,
ycandia@mrthlaw.com,gruiz@mrthlaw.com,ecfnotices@mrthlaw.com,msalazar@mrthlaw.com;mrthbkc@gmail.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Hayley G Harrison on behalf of Trustee Barry E Mukamal hgerson@bastamron.com,
jmiranda@bastamron.com;kszolis@bastamron.com;mdesvergunat@bastamron.com;mdesvergunat@bastamron.com

Ilyse M. Homer on behalf of Interested Party 942 Pennsylvania Owner LLC
ihomer@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Immokalee Real Estate Holdings, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com,msalazar@mrthlaw.com

Meghan Elle Miller on behalf of Creditor G. Proulx, LLC
meghan@minerleyfein.com, ken@minerleyfein.com

Kenneth L Minerley, Esq. on behalf of Creditor G. Proulx, LLC
ken@minerleyfein.com,
litigation@minerleyfein.com;fileclerk@minerleyfein.com;meghan@minerleyfein.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Other Professional Barry E. Mukamal, as Plan Administrator
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E. Mukamal
bemtrustee@kapilamukamal.com

Kenneth D Murena on behalf of Other Professional Ramon Abadin, as Conservator
kmurena@dvllp.com, lfd@dvllp.com;rsaetae@dvllp.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jackson Pellingra on behalf of Creditor G. Proulx, LLC
jackson@mkpalaw.com

Dana R Quick on behalf of Other Professional Barry E. Mukamal, as Plan Administrator
dquick@bastamron.com, jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Dana R Quick on behalf of Plaintiff Barry E. Mukamal dquick@bastamron.com, jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Dana R Quick on behalf of Trustee Barry E Mukamal dquick@bastamron.com, jdepina@bastamron.com;jmiranda@bastamron.com;mdesvergunat@bastamron.com;ekatz@bastamron.com

Roniel Rodriguez, IV on behalf of Attorney Roniel Rodriguez
ron@rjrfirm.com

Roniel Rodriguez, IV on behalf of Creditor 1560/1568 Drexel Avenue LLC
ron@rjrfirm.com

Mark S. Roher, Esq. on behalf of Attorney Mark Roher
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Interested Party Mark Roher
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq. on behalf of Plaintiff 942 Penn RR, LLC
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Alan R Rosenberg on behalf of Creditor Immokalee Real Estate Holdings, LLC

arosenberg@mrthlaw.com,
gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,msalaz ar@mrthlaw.com

Steven H. Rothstein on behalf of Attorney City of Miami Beach, Florida steverothstein@miamibeachfl.gov

James Schwitalla, Esq on behalf of Creditor V.A. Leasing Corporation
jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com

Eric J Silver on behalf of Creditor 1250916 ONTARIO LIMITED esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernand ez@stearnsweaver.com

Peter D. Spindel on behalf of Interested Party Robert Mendez as 50% Shareholder in 942 Penn LLC
peterspindel@gmail.com, peterspindelcmecf@gmail.com

David Winker on behalf of Attorney David Winker dwinker@dwrlc.com

David Winker on behalf of Creditor Creative Directions Inc dwinker@dwrlc.com

David Winker on behalf of Defendant Creative Directions, Inc. dwinker@dwrlc.com

David Winker on behalf of Interested Party Robert Mendez dwinker@dwrlc.com

David Winker on behalf of Plaintiff Creative Directions, Inc. dwinker@dwrlc.com