UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No. 22-14038-LMI

942 PENN RR, LLC,                                                         Chapter 11 (Post-Confirmation)

       Debtor.
_____/

**PLAN ADMINISTRATOR, BARRY E. MUKAMAL'S, RESPONSE IN OPPOSITION TO OFER'S MOTION FOR PLAN ADMINISTRATOR'S RELINQUISHMENT OF EQUITY DISTRIBUTIONS TO BE HELD BY STATE OF FLORIDA CIRCUIT COURT REGISTRY [ECF NO. 1555]**

      Barry E. Mukamal, as plan administrator of the post-confirmation estate of 942 Penn RR, LLC (the "Plan Administrator"), through undersigned counsel, files his Response In Opposition To Ofer's Motion For Plan Administrator's Relinquishment Of Equity Distributions to Be Held by State of Florida Circuit Court Registry [ECF No. 1555](the "Response") and states as follows:

**Limited Relevant Background and Requested Relief[1]**

      1.      Following a hearing on June 17, 2024 on *Plan Administrator, Barry E. Mukamal's Motion for Authority to Make Interim Distribution to Class 3 Equity Interests and/or Holders of Charging Orders Against Class 3 Equity Interests, and for Other Related Relief, Including Exculpation of Plan Administrator and His Professionals and Injunctive Relief in Connection with Same* (ECF No. 1423)(the "Hearing"), this Court entered its June 24, 2024 *Order (I) Granting In Part Plan Administrator, Barry E. Mukamal's Motion for Authority to Make Interim Distribution to Class 3 Equity Interests and/or Holders of Charging Orders Against Class 3 Equity Interests,*

---

[1] Given the Court's familiarity with this case, in the interests of brevity, the Plan Administrator is dispensing with a comprehensive recitation of the case background, but encourages any interested party to review ECF Nos. 1052 (the Plan & Confirmation Order) for such details. All capitalized terms not otherwise defined in this Response shall have the meanings ascribed to them in the Confirmation Order.

00827168.DOCX

*and for Other Related Relief, Including Exculpation of Plan Administrator and His Professionals and Injunctive Relief in Connection with Same; and (II) Directing Plan Administrator to File Interpleader Complaint and Deposit Interim Distribution Funds into Registry of the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and For Miami-Dade County Florida* (ECF No. 1548)(the "Interpleader Order").

2. Pursuant to the terms of the Interpleader Order, on July 11, 2024, the Plan Administrator filed his *Complaint for Interpleader* in the Circuit Court of the Eleventh Judicial Circuit in and For Miami-Dade County Florida, which was assigned Case No. 2024-012899-CA-01 (the "State Court Interpleader Case").[2]

3. On June 24, 2024, after (i) the Hearing, and (ii) entry of the Interpleader Order, Ofer filed his *Motion For Plan Administrator's Relinquishment Of Equity Distributions To Be Held By State Of Florida Circuit Court Registry* (ECF No. 1555)(the "Motion"), which appears to have been written (but not docketed) prior to entry of the Interpleader Order.

4. While the relief being sought by Ofer in the Motion is somewhat unclear, the Plan Administrator believes that Ofer seeks to have the Plan Administrator pay over all of the funds on hand in the Estate (as opposed to the $800,000 subject of the Interpleader Order) into the registry of the State Court. To the extent that is the relief Ofer seeks in the Motion, the Plan Administrator objects.

5. The Plan Administrator is continuing his efforts to conclude his administration of the Estate, which efforts are made more time consuming and costly by, among other things (i) Ofer's barrage of profanity-laced, vexatious, unhinged, and threatening emails being sent to

---

[2] The Plan Administrator is still awaiting confirmation from Ofer that he will accept service of the Interpleader Complaint by e-mail so as to avoid the expense and delay associated with substitute service or service on the Secretary of State given that Ofer has represented to the Court that he is currently out of the jurisdiction.

undersigned counsel, the Plan Administrator, and Chambers, and (ii) equally vexatious, unfounded, and nonsensical motions that undersigned must review and, as is the case with respect to the instant Motion, respond to, prepare for a hearing and attend a hearing. Nonetheless, the Plan Administrator continues to fulfill his duties under the terms of the Plan and Confirmation Order.

6.     Like most of the other pleadings and papers that Ofer has been filing of late, the Motion (i) is devoid of **_relevant_** legal or factual bases to support what the Plan Administrator believes to be the requested relief (*i.e.* – that the Plan Administrator deposit the remaining balance on the Estate into the State Court Registry)(though it does contain certain irrelevant case citations and refers in general terms to select portions of the Bankruptcy Code), (ii) argues the merits of an interpleader action (which this Court has already authorized by the Interpleader Order and which the Plan Administrator has already commenced), (iii) contains Ofer's usual threats to sue the Plan Administrator and undersigned counsel notwithstanding the releases, exculpations and injunctions previously entered by this Court which absolutely prohibit and such actions,[3] and (iv) contains the usual litany of false, scandalous, impertinent, and vexatious assertions.[4]

7.     While the Plan Administrator does not believe that a response is required, and does not wish to dignify Ofer's well-worn unsupported and conspiratorial nonsense, in an abundance of caution, and because the Motion is of record, the Plan Administrator feels compelled to file the instant Response so that the Court is aware that the Plan Administrator opposes the relief which Ofer appears to be seeking by the Motion in that (i) as to the $800,000 subject of the Interim Distribution Motion, the Court has already ruled and entered the Interpleader Order and the Plan Administrator has already commenced the State Court Interpleader Case, and (ii) as to what the

---

[3] *See* Motion at fn 4.

[4] *See*, *e.g.*, Motion at fn 1 & 4.

Plan Administrator believes to be Ofer's request that the balance of funds on hand be interplead into the State Court Registry, such relief is unwarranted and inappropriate as the Plan Administrator is continuing to administer this Estate pursuant to the terms of the Plan and Confirmation Order. Accordingly, the Motion should be denied.

**WHEREFORE**, Barry E. Mukamal, as plan administrator of the post-confirmation estate of 942 Penn RR, LLC, respectfully requests that this Honorable Court enter an Order (i) denying the Motion, and (ii) granting such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

BAST AMRON LLP
*Counsel to the Plan Administrator,*
*Barry E. Mukamal*
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: sbrown@bastamron.com

By: */s/ Scott N. Brown*
    Scott N. Brown, Esq. (FBN 663077)

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this 17th day of July, 2024 as follows:

via CM/ECF to all parties registered to receive notice via CM/ECF in this case; and

via e-mail to:

- Raziel Ofer – raz.ofer2@gmail.com

and via U.S. Mail to all parties on the attached service list.

*/s/ Scott N. Brown.*
Scott N. Brown, Esq.

```
Label Matrix for local noticing          1250916 ONTARIO LIMITED                  1560/1568 Drexel Avenue LLC
113C-1                                   c/o Eric J. Silver, Esq.                 Roniel Rodriguez IV PA
Case 22-14038-LMI                        150 West Flagler Street                  12555 biscayne blvd
Southern District of Florida             Suite 2200                               915
Miami                                    Miami, FL 33130-1545                     North Miami, FL 33181-2522
Wed Apr 17 12:27:59 EDT 2024

942 PENN RR, LLC                         942 Penn RR, LLC                         City of Miami Beach, Florida
c/o Robert Mendez                        c/o Raziel Ofer                          c/o Steven Rothstein, Deputy City Atty
3701 De Garmo Lane                       1434 Collins Ave., Unit 9                1700 Convention Center Drive, 4th Floor
Miami, FL 33133-6448                     Miami Beach, FL 33139-4131               Miami Beach, FL 33139-1824


G. Proulx, LLC                           Miami Dade County Tax Collector (Windley) Robert Mendez as 50% Shareholder in 942
c/o Kenneth L. Minerley                  c/o Priscilla A Windley                  c/o Peter Spindel, Esq.
Minerley Fein, PA                        200 NW 2nd Avenue, Suite 430             5775 Blue Lagoon Dr. #300
1200 N Federal Highway #420              Miami, FL 33128-1733                     Miami, FL 33126-2071
Boca Raton, FL 33432-2847


1250916 Ontario Limited                  1250916 Ontario Limited                  1250916 Ontario Limited
Cary A. Lubetsky, Esq.                   c/o Eric Salpeter, Esq.                  c/o Salpeter Gitkin, LLP
800 Brickell Avenue, Suite 1501          Salpeter Gitkin, LLP                     3864 Sheridan Street
Miami, FL 33131-3040                     3864 Sheridan St.                        Hollywood, FL 33021-3634
                                         Hollywood, FL 33021-3634


1250916 Ontario Ltd.                     1560 - 1568 Drexel Avenue, LLC           942 Pennsylvannia Holdings, LLC
c/o Stearns Weaver Miller                150 West Flagler Street                  c/o David Winker, Esq.
Attn: Eric J. Silver                     Suite 1675                               4270 S. LeJeune Road
150 West Flagler Street, Suite 2200      Miami, FL 33130-1522                     Coral Gables, FL 33146
Miami, FL 33130-1545


Assembly Tax 36 LLC                      Cary A. Lubetsky, Esq.                   City of Miami Beach
of Custodian and Secured Party 995608    800 Brickell Ave., Suite 1501            1700 Convention Center Drive
POB 12225                                Miami, FL 33131-3040                     Miami Beach, FL 33139-1824
Newark, NJ 07101-3411


Creative Directions, Inc.                DOT Construction                         Florida Fair Housing Alliance, Inc.
c/o Raziel Ofer                          9311 SW 52nd Terrace                     c/o The Law Offices of Jibrael S Hindi
942 Pennsylvania Ave.                    Miami, FL 33165-6519                     110 SE 6th Street, Suite 1744
Miami Beach, FL 33139-5416                                                        Fort Lauderdale, FL 33301-5000


G. Proulx, LLC                           Great Waste & Recycling Service LLC      Immokalee Real Estate Holdings LLC
c/o Minerly Frein, P.A.                  3051 NW 129th St.                        c/o Sordo & Associates, P.A.
1200 N. Federal Highway, Suite 420       Opa Locka, FL 33054-4924                 3006 Aviation Avenue, Suite 2A
Boca Raton, FL 33432-2847                                                         Coconut Grove, FL 33133-3864


Internal Revenue Service                 Internal Revenue Service Centralized Insolve  J.E. Bley Overseas Trade South Florida
Centralized Insolvency Operation         Philadelphia,  PA  19101-7346            c/oDavid Winker, Esq.
P.O. Box 7346                                                                     4720 S. Le Jeune Rd.
Philadelphia, PA  19101-7346                                                      Coral Gables, FL 33146-1817


Marjam Supply of Florida, LLC            Miami Dade County Tax Collector (Windley) (p)MIAMI DADE COUNTY TAX COLLECTOR
c/o Malka & Kravitz, P.A.                200 NW 2nd Avenue, Suite 430             ATTN WENDY MONTOYA
1300 Sawgrass Corporate Parkway          Miami, Florida 33128-1733                200 NW 2ND AVENUE
Suite 100                                                                         MIAMI FL 33128-1733
Fort Lauderdale, FL 33323-2823
```

| | | |
|---|---|---|
| Mortgage Holdings 2018 LLC<br>c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | Mortgage Holdings 2018, LLC<br>c/o David Winker, Esq.<br>4720 S. Le Jeune Rd.<br>Coral Gables, FL 33146-1817 | ~~Office of the US Trustee~~<br>~~51 S.W. 1st Ave.~~<br>~~Suite 1204~~<br>~~Miami, FL 33130-1614~~ |
| Raz Ofer<br>c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | Robert Mendez<br>c/o David Winker, Esq.<br>4270 S. LeJeune Road<br>Coral Gables, FL 33146 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Steven D. Pals, Jr.<br>c/o Graham Legal, P.A.<br>Ponce Plaza, Suite 410<br>814 once de Leon Blvd.<br>Coral Gables, FL 33134-3049 | Steven H. Rothstein<br>City of Miami Beach<br>Office of the City Attorney, 4th Floor<br>1700 Convention Center Drive<br>Miami Beach, FL 33139-1819 | The Sherwin-Williams Company<br>2800 Century Parkway, NE<br>Suite 1000<br>Atlanta, GA 30345-3110 |
| V.A. Leasing Corporation<br>2100 N.W. 82nd Ave.<br>Miami, FL 33122-1507 | ~~Barry E Mukamal~~<br>~~PO Box 14183~~<br>~~Fort Lauderdale, FL 33302-4183~~ | ~~Barry E. Mukamal~~<br>~~KapilaMukamal, LLP~~<br>~~1000 S Federal Hwy, Ste 200~~<br>~~Fort Lauderdale, FL 33316-1237~~ |
| Carlos Guzman<br>Attorney General<br>110 Tower SE 6th Street 10th floor<br>Fort Lauderdale, FL 33301 | D. Brett Marks, Esq.<br>Akerman LLP<br>201 E las Olas Blvd #1800<br>Ft lauderdale, FL 33301-4442 | David Winker<br>4720 S LeJeune Rd<br>Coral Gables, Fl 33146 |
| ~~Eric Rubin~~<br>~~Moecker Auctions Inc~~<br>~~1885 Marina Mile Blvd #103~~<br>~~Ft. Lauderdale, FL 33315-2243~~ | ~~Jason A. Welt~~<br>~~401 E Las Olas Blvd #1400~~<br>~~Ft Lauderdale, FL 33301-2218~~ | ~~John Lancet~~<br>~~Firm of HVS International~~<br>~~8925 SW 148 St #216~~<br>~~Miami, FL 33176-8084~~ |
| ~~Lamar Fisher~~<br>~~Fisher Auction Company~~<br>~~2112 East Atlantic Blvd~~<br>~~Pompano Beach, FL 33062-5208~~ | ~~Mark Roher~~<br>~~1806 N. Flamingo Road~~<br>~~Suite 300~~<br>~~Pembroke Pines, FL 33028-1032~~ | Ramon Abadin, as Conservator<br>c/o Damian & Valori<br>1000 Brickell Avenue<br>Suite 1020<br>Miami, FL 33131-3014 |
| Raz Ofer<br>Paramount Miami World Center<br>942 Pennsylvania AVE<br>Miami Beach, FL 33139-5416 | Roniel Rodriguez<br>Roniel Rodriguez IV, P.A.<br>12555 Biscayne Blvd.<br>915<br>Miami, FL 33181-2522 | ~~Scott N. Brown~~<br>~~1 SE 3 Ave #2410~~<br>~~Miami, FL 33131-1712~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Miami-Dade Tax Collector
200 NW 2nd Ave.
Miami,  FL  33128

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)942 Pennsylvania Owner LLC | (u)Creative Directions Inc | (u)Immokalee Real Estate Holdings, LLC |
| (u)Marjam Supply of Florida, LLC | (u)V.A. Leasing Corporation | (u)Miami |
| (u)**DELETED PER DE#290**<br>Creative Directions, Inc. | (d)Immokalee Real Estate Holdings, LLC<br>c/o Sordo & Associates, P.A.<br>3006 Aviation Ave<br>Suite 2A<br>Coconut Grove, FL 33133-3864 | (u)Barry E. Mukamal, as Plan Administrator |
| (u)Robert Mendez | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients   10<br>Total                 63 | |